**FILED**

**DEC 0 8 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

V

U.S. ARMY CRIME RECORDS CENTER
**ATTN: DIRECTOR PHILLIP J. McGUIRE**
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6th Street, Attn: Records Maintenance
Fort Belvior, VA 22060-5585

CASE NUMBER 1:05CV02353

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/08/2005

**JURY ACTION**

Comes Samuel Lennious Clemmons, Jr. (A 14 Year Disable "American" Military Veteran released under honorable condition) file this civil complaint in the United States District Court against such United States Government Agency in violation of a criminal acts of identity theft and identity fraud.

Let the facts stand in this complaint that such agency listed above wrongful, willfully, deliberately, maliciously, intentionally and permanently entered the plaintiff's personal information in a United State Government's criminal database without any court order, warrant for arrest or any court conviction in a military court of law. Such entry was entered willfully and intentionally by an individual without any documentation to support such entry and without any documentation to show a full or complete investigation to warrant such an entry which makes such agency liable for

1

committing a criminal act and responsible for all punitive damages suffered by this act.

The agency is also in violation of the United States Title Code, Title 5, USC, Section 552a, Exemption (j)(2) of the Privacy Act and Title 5, USC Section 552, Exemption (b)(7)(A), (b)(2), (b)(6) and (b)(7)(c) and U.S. Executive Order 10450, 10865, 12333, and 12356; section 3301 and 9101 of title 5, U.S. Code; section 2165 and 2201 of title 42, U.S. Code; section 781 to 887 of title 50, U.S. Code; and part 5, 732, and 736 of Title 5, Code of Federal Regulation any proper appeals submitted under the Freedom of Information Act (FIOA) to retrieve evidence to support their actions.

This agency is also in violation of the United States Code 5 U.S.C. § 2302(b)(8) which alleges and set forth a violation of the prohibited personnel practice policy by federal government employees.

FACTS of this information was discovered and revealed under a United States Government "federal" investigation document dated June of the year 2000 that was officially released to the plaintiff for review on August 5, 2005. This complaint falls under timely actions filed by the plaintiff after discovering

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

this agency's attempts to destroy the plaintiff's character and completely ruin the plaintiff's career. Therefore, the plaintiff is properly filing this complaint of deformation of character, identity theft and identity fraud in a proper court of law in the United States District Court for the District of Columbia.

The plaintiff seeks a judgment out of court for full recovery for these violations and complete removal of all personal information from this federal agency's database, release all parties or person names responsible for entering this false information and punitive damage recovery in the amount of **$15, 000, 000. 00** (fifth teen millions dollars) holding the agency totally liable for these actions.

Upon a motion to enter discovery, the plaintiff wishes to reveal proof through documentation to support this civil action. These documentation will be submitted and label as Appendix I when such order is given to enter.

The plaintiff wishes to reserve his or her rights to sell story to the public.

If this civil action cannot be settled out of court, the plaintiff is asking for a civil trial before his peers (jury

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

trail) revealing all facts set forth in this case for a jury to rule base on the facts.

All attempts to resolve this complaint has been exhausted.

Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

CC:   United States Attorney General
United States Attorney
Mary L. Lee, Paralegal
Keith Tillman, Paralegal
Records

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID