IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MR. SAM L. CLEMMONS<br>548 Saint Charles Pl.<br>Brookhaven, MS 39601<br><br>     Plaintiff,<br><br>v.<br><br>U.S. CRIME RECORDS CENTER<br>Attn: Director Phillip J. McGuire<br>U.S. Army Criminal Investigation Cmd<br>6010 6th Street, Attn: Records Maintenance<br>Fort Belvoir, VA 22060-5585<br><br>     Defendant. | Civil Action No. 05-2353 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        KEVIN K. ROBITAILLE
        Special Assistant U.S. Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C.  20530
        202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

LOUISE HARRELL
The Law Office of Louise Harrell
207 W. Amite Street
Suite 502
Jackson, MS 39201

THE NAACP CHAPTER OF
THE DISTRICT COLUMBIA
Attn: Attorney in Charge
1000 U Street, N.W.
Washington, D.C. 20001

THE RAINBOW PUSH
CORPORATION
Attn: The Rev. Jesse L. Jackson, Sr.
930 East 50th Street
Chicago, IL 60615

K. TILLMAN & MARY L. LEE
Paralegal Specialist of the Record
P.O. Box 20558
Atlanta, GA 30358

GEORGE TILLMAN, Paralegal
Specialist of the Record
11717 S. Manhattan Pl.
Los Angeles, CA 50047

                                                      _____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780