AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sam L. Clemmons

v.

U.S. Army Crime Records Ctr.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02353

CASE N    JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/08/2005

TO: (Name and address of Defendant)
U.S. Army Crime Records Ctr.
ATTN: Director Phillip J. McGuire
U.S. Army Criminal Investigation Cmd
6010 6th Street ATTN: Rec. Maint.
Fort Belvoir, VA. 22060

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE. (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 0 8 2005
DATE

(By) DEPUTY CLERK

RECEIVED

FEB 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM CLEMMONS | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. ARMY CRIME RECORDS CENTER, ATTN: DIRECTOR PHILLIP J. McGUIRE, 6010 6TH STREET ATTN: RECORDS MNGT FORT BELVOIR, VA 22061

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | UNITED STATES POSTAL SERVICE | $15.40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/29/05    _Sam L. Clemmons_
                          Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA/PRIVACY ACT
DATE STAMP: 12/08/05

V

U.S. ARMY CRIME RECORDS CENTER
**ATTN: DIRECTOR PHILLIP J. McGUIRE**
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6th Street, Attn: Records Maintenance
Fort Belvior, VA 22060-5585

## AFFIDAVIT OF SERVICE

I, _SAM L. CLEMMONS, PLAINTIFF_, hereby declare that on the _29TH_ of _DECEMBER_ 20_05_, I mailed a copy of the <u>summons and complaint</u>, certified mail return receipt requested, to _DIR. PHILLIP J. McGUIRE_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. ARMY CRIME RECORDS CNTR
ATTN: DIRECTOR PHILLIP J. McGUIRE
U.S. ARMY CRIMINAL INVESTIG CMD
6010 6TH STREET, ATTN: RECORDS MAINT.
FORT BELVOIR, VA 22060

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _F. MANLEY_
C. Date of Delivery: _1/3/06_
D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☑ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
EQ2412684929US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED FEB 15 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID


"FINAL"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS
V.
U.S. ARMY CRIME RECORDS CTR.

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV02353

JUDGE: Royce C. Lamberth

CASE NUM

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/08/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  PRO SE  (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

DEC 0 8 2005
DATE

RECEIVED
FEB 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM CLEMMONS | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: THE U.S. ATTORNEY GENERAL OFFICE, 950 PENNSYLVANIA AVE, N.W. WASHINGTON DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S. POSTAL SERVICE | $15.40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/29/05      *Sam Clemmons*
                           Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

1
2
3  MR. SAM L. CLEMMONS
   548 SAINT CHARLES PL
   BROOKHAVEN, MS 39601
4  1-866-409-7758
5                        CASE NUMBER: 1:05CV02353

                         JUDGE: ROYCE C. LAMBERTH
6                        DECK TYPE: FOIA/PRIVACY ACT
                         DATE STAMP: 12/08/05
7        V

8  U.S. ARMY CRIME RECORDS CENTER
   **ATTN: DIRECTOR PHILLIP J. McGUIRE**
   U.S. ARMY CRIMINAL INVESTIGATION CMD
9  6010 6th Street, Attn: Records Maintenance
   Fort Belvior, VA 22060-5585
10
11
                     AFFIDAVIT OF SERVICE
12
13    I, _SAM L. CLEMMONS, PLAINTIFF_____, hereby declare

14  that on the __24TH__ of __DECEMBER__ 20_05_, I mailed

    a copy of the summons and complaint, certified mail return receipt
15
    requested, to _THE U.S. ATTORNEY GENERAL_ (the defendant &

16  defendant's attorney). Attached hereto is the green card acknowledging

17  service.

18  **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

    - Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
    - Print your name and address on the reverse so that we can return the card to you.
    - Attach this card to the back of the mailpiece, or on the front if space permits.

    A. Signature
    X _Sam L. Clemmons_    ☐ Agent  ☐ Addressee
    B. Received by (Printed Name)   C. Date of Delivery
       JAN 03 2006

    1. Article Addressed to:
    THE U.S. ATTORNEY GENERAL
    950 PENNSYLVANIA AVE. NW
    WASHINGTON, DC 20530

    D. Is delivery address different from item 1? ☐ Yes
       If YES, enter delivery address below:    ☐ No

    3. Service Type
       ☐ Certified Mail    ☑ Express Mail
       ☐ Registered        ☐ Return Receipt for Merchandise
       ☐ Insured Mail      ☐ C.O.D.
    4. Restricted Delivery? (Extra Fee)    ☐ Yes

    2. Article Number
       (Transfer from service label)  EQ24 1268 401U S

    PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

    **RECEIVED**
    FEB 15 2006
    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS

V.

U.S. ARMY CRIME RECORDS CTR.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02353

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/08/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC 0 8 2005
CLERK                                 DATE

(By) DEPUTY CLERK

**RECEIVED**

FEB 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/29/05 |
| NAME OF SERVER (PRINT) SAM CLEMMONS | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. ATTORNEY OFFICE, 501 3RD STREET, N.W. WASHINGTON, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES U.S. POSTAL SERVICES | TOTAL $15.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/29/05

*Signature of Server*  Sam Clemmons

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

                CIVIL ACTION NO:   CASE NUMBER: 1:05CV02353

V

                                            JUDGE: ROYCE C. LAMBERTH
                                            DECK TYPE: FOIA/PRIVACY ACT
U.S. ARMY CRIME RECORDS CENTER       DATE STAMP: 12/08/05
**ATTN: DIRECTOR PHILLIP J. McGUIRE**
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6th Street, Attn: Records Maintenance
Fort Belvior, VA 22060-5585


## AFFIDAVIT OF SERVICE

I, _SAM L CLEMMONS, PLAINTIFF_, hereby declare that on the _29TH_ of _DECEMBER_ 20_05_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. ATTORNEY
   501 3RD STREET, N.W.
   WASHINGTON, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
[illegible]   1-3-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)  EQ241268415US  US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**RECEIVED**
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

```
          SANDY SPRINGS FINANCE UNIT
               ATLANTA, Georgia
                   303289997
                 1204440024-0095
12/29/2005       (800)275-8777       04:20:09 PM
              ----- Sales Receipt -----
Product          Sale    Unit          Final
Description      Qty     Price         Price

WASHINGTON DC 20001                    $17.85
Express Mail PO-ADD
  8.40 oz.
  Label #:     EQ241268446US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $19.60

CHICAGO IL 60615 Express               $17.85
Mail PO-ADD
  8.30 oz.
  Label #:     EQ241268432US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $19.60

LOS ANGELES CA 90047                   $17.85
Express Mail PO-ADD
  8.40 oz.
  Label #:     EQ241267692US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $19.60

JACKSON MS 39201 Express               $17.85
Mail PO-ADD
  8.10 oz.
  Label #:     EQ241268392US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $19.60

FORT BELVOIR VA 22060                  $13.65
Express Mail PO-ADD
  4.90 oz.
  Label #:     EQ2412684
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $15.40

WASHINGTON DC 20530                    $13.65
Express Mail PO-ADD
  4.90 oz.
  Label #:     EQ241268401US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $15.40

WASHINGTON DC 20001                    $13.65
Express Mail PO-ADD
  4.90 oz.
  Label #:     EQ241268415US
  Next Day Noon  / Normal
  Delivery
  Return Receipt (Green Card)          $1.75
                                    =========
            Issue PVI:                 $15.40

ATLANTA GA 30303                       $1.52
First-Class
  5.40 oz.
  Return Receipt (Green Card)          $1.75
  Certified                            $2.30
  Label #:     70051820000355083458
                                    =========
            Issue PVI:                 $5.57

Express Mail Refund (Cash)            -$15.40
Payment Type:
             Cash

Total:                                $114.77

Paid by:
AMEX                                  $114.77
   Account #:      XXXXXXXXXXXX2006
   Approval #:     507493
   Transaction #:  232
   23 902850395 4104710777

Bill#: 1000501553399
Clerk: 15
```

USPS Express Mail labels:

Label EQ 241268415 US — From: MRS. MARY L. LEE, c/o S.L. Clemmons, P.O. Box 28558, Atlanta, GA 30358. To: U.S. Attorney, 501 3rd Street, N.W., Washington, D.C. 20001. PO ZIP 30358; Date Accepted 12-29-05; Time 1615 PM; Postage $13.65; Return Receipt Fee $1.75; Total Postage & Fees $15.40; Weight 4.90 oz.

Label EQ 241268401 US — From: MRS. MARY L. LEE, Paralegal, P.O. Box 28558, Atlanta, GA 30358. To: The U.S. Attorney General, 950 Pennsylvania Ave., N.W., Washington, DC 20530. PO ZIP 30358; Date Accepted 12-29-05; Time 1614 PM; Postage $13.65; Return Receipt Fee $1.75; Total $15.40; Weight 4.90 oz.

Label EQ 241268429 US — From: MRS. MARY L. LEE, c/o Sam L. Clemmons, P.O. Box 28558, Atlanta, GA 30358. To: U.S. Army Crime Records Ctr., Attn: Director Phillip J. McGuire, U.S. Army Criminal Investigation, Records Mgmt, 6010 6th Street, Attn: Records Mgr, Fort Belvoir, VA 22060. PO ZIP 30358; Date Accepted 12-29-05; Time 1612 PM; Postage $13.65; Return Receipt Fee $1.75; Total $15.40; Weight 4.90 oz.