IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MR. SAM L. CLEMMONS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2353 (RCL) |
| ) | |
| **U.S. CRIME RECORDS CENTER** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se brings this case alleging violations of the the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and Privacy Act 5 U.S.C. § 552a as well as other less clear allegations. Defendant respectfully moves this Court for a Fourteen (14) day enlargement of time through and including March 20, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is presently due March, 6, 2006.

2. Defendant has been diligently working on this matter and has identified records responsive to plaintiff's request; however, defendant needs additional time to review the issues presented, prepare an appropriate answer, motion, or other response, and to compile an administrative record or Vaughn index as appropriate.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Defendant's counsel contacted Plaintiff regarding this matter and Plaintiff does not consent to the relief requested.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____/s_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of February, 2006 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

                                                                                                        _____
                                                                                                        KEVIN K. ROBITAILLE
                                                                                                        Special Assistant U.S. Attorney
                                                                                                        Civil Division
                                                                                                        555 Fourth St., N.W.
                                                                                                        Washington, D.C. 20530
                                                                                  202-353-9895 / FAX 202-514-8780