UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2353 (RCL) |
| ) | |
| U.S. CRIME RECORDS CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Motion [4] for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint and the entire record herein, it is hereby

ORDERED that defendant's Motion [4] for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint is GRANTED; it is further

ORDERED that defendant shall have up to and including March 21, 2006 to answer or otherwise respond to the complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 1, 2006.