*Sam L. Clemmons*
*548 Saint Charles PL*
*Brookhaven, MS 39601*

March 2, 2006

U.S. District Court for the District of Columbia
Attn: Office of the Clerk
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

                                CASE NUMBER: 1:05CV02353

                    RE:    JUDGE: ROYCE C. LAMBERTH
                                DECK TYPE: FOIA/PRIVACY ACT
Dear Clerk of the Court:              DATE STAMP: 12/08/05

According to court order in reference to case number **1:05CV02353**, the defendant has failed to comply with the **60 days** order to response and therefore this case should be closed with a judgment by default in favor of the plaintiff.

Affidavit of service has been provided to the courts.

I (the plaintiff) will await such summary judgment documentation from the courts.

Respectfully yours,

*Sam L. Clemmons*
Plaintiff, Pro Se

Note: Affidavit of Service has been submitted to the courts

**RECEIVED**

MAR 2 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT