UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. ARMY CRIME RECORDS )<br>CENTER, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05-CV-02353 (RCL) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**WHICH ARE NOT IN GENUINE DISPUTE**

Pursuant to LCvR 7(h) and in support of Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment, Defendant respectfully submits this statement of material facts as to which there are no genuine disputes.

1. On March 9, 2004, the ACRC received a FOIA referral from the Drug Enforcement Administration (DEA) via the Department of the Army FOIA and Privacy Act Office. DEX 1.

2. As indicated in that referral, Plaintiff made a Privacy Act/FOIA request to the DEA dated July 15, 2003, seeking information regarding a negative DEA background investigation. DEX 1, pg. 4-5.

3. The DEA referral to ACRC contained an unredacted DA Form 4833, *Commanders Report of Disciplinary or Administrative Action*, dated September 30, 1994 and the unredacted four-page narrative portion of the final Army CID Report of Investigation, number 0233-94-CID043-31332, dated June 16, 1994. DEX 8.

4. On March 18, 2004, the CRC processed the DEA referral and released to Plaintiff a redacted copy of the DA 4833 and four-page narrative portion of the investigation number 0233-94-CID043-31332. DEX 2.

5. In a letter dated August 8, 2005, citing the Privacy Act and FOIA, Plaintiff requested "all information . . .in a file containing issues with me that I committed a crime." DEX 3, pg. 1.

6. By letter dated August 29, 2005, the ACRC notified Plaintiff that his request was being processed in chronological order based upon the date it was received as prescribed by Department of Defense Regulation 5400.7. DEX 4.

7. In a response dated September 7, 2005, Plaintiff--construing the August 29, 2005 ACRC notification as a denial--wished to "appeal" and requested ACRC to "expedite" his request. DEX 5.

8. On February 23, 2006, the ACRC released to Plaintiff the full, 14-page criminal ROI listing him as the subject of a 1994 criminal investigation for fraud. DEX 6.

9. ACRC's release included appropriate redactions under FOIA Exemptions (b)(2), (b)(6), and (b)(7)(C).

    Respectfully submitted,

    _____/s_____
    KENNETH L. WAINSTEIN, D.C. Bar #451058
    United States Attorney

    _____/s_____
    RUDOLPH C. CONTRERAS D.C. Bar No. 434122
    Assistant United States Attorney

                                                                                                       _____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-9895

Of Counsel:
Lieutenant Colonel
Michael G. Seidel
Chief, General Litigation Branch
U.S. Army Litigation Division
901 N. Stuart Street
Arlington, VA 22203