IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MR. SAM L. CLEMMONS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2353 (RCL) |
| ) | |
| **U.S. CRIME RECORDS CENTER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, in part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

                                                                              Royce C. Lamberth
                                                                              United States District Judge

Copies to:
MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney

Civil Division  
555 Fourth St., N.W.  
Washington, D.C.  20530  
202-353-9895  / FAX 202-514-8780