**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March, 2006 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601


                                        _____/s_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        202-353-9895  / FAX 202-514-8780