UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

v

U.S. ARMY CRIME RECORDS CENTER

CIVIL ACTION NO:
CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA/PRIVACY ACT
DATE STAMP: 12/08/05

April 3, 2006

## MOTION REQUEST FOR SUMMARY JUDGEMENT

Comes Samuel Lennious Clemmons, Jr. file this **MOTION** today in the District Court for the District of Columbia requesting a summary judgement by default in the above stated case before the District Court for the District of Columbia.

1. The Defendants have failed to honor the court's response deadline of 60 days after being served the summons to response.

2. The Defendants have failed to honor the court's order of a 14 days extension in additional to the 60 days given by the court.

3. The Defendants have failed to honor and obey the laws under the Freedom of Information Act.

RECEIVED
APR 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    4. The defendants have failed to produce to the courts substantive evidence to approve or prove such actions against the Plaintiff.

The Plaintiff has requested from the Defendant(s) under the Freedom of Information Act such documents as stated below and the Defendants have failed to provide such documentation to justify such or any crimes against the government and actions taken against the Plaintiff to label the Plaintiff as a convicted felon. Documents requested are:

1. Orders from a Military Post Commander requesting a criminal investigation to be conducted on the Plaintiff by the Defendant (The Army Criminal Investigative Command)

2. The Defendant(s) failed to produce any warrants for the Plaintiff arrest.

3. The Defendant(s) failed to produce any documentation that shows a court conviction of any crime to place such Plaintiff's personal information into a national crime record database.

4. The Defendant(s) failed to produce signed sworn testimonies or confessions statements under oath or in the custody of any investigators to justify any alleged statements made by the Plaintiff such as "you said".

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

5. The Defendant(s) failed to produce to the courts any waiver of rights given to the Defendant to place the Plaintiff's personal information into a national criminal database.

6. The Defendant(s) failed to provide the court with any witnesses to the facts during such interrogation to justify any Plaintiff's statements made during this alleged crime.

7. The Defendant(s) failed to produce to the court or the Plaintiff with print out copy of the exact date, time and name of the federal investigator who placed the Plaintiff's personal information into this national criminal database.

The Plaintiff states and expresses to the court that the Defendants have had 365 days or more under the Freedom of Information Act which is well over enough time to provided an appropriate response and express their positions in this civil lawsuit before the District Court of Columbia.

Therefore, this **MOTION** should be granted and a judgement should be entered by default in favor of the Plaintiff to bring this case matter before the courts to a close and label such actions by the Defendants as FRAUD.

Respectfully submitted,

*Sam L. Clemmons, Plaintiff Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

**Attachment**: Plaintiff's signed form for consent to proceed before a United State Magistrate Judge for all purposes.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2006 a copy of the MOTION request has been served my first-class mail to the following:

<u>**Court**</u>

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

<u>**Defendant' Counsel**</u>

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

<u>**Witness to the Records**</u>

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

April 3, 2006
<u>Date</u>

Sam L. Clemmons,
Plaintiff, Pro Se

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ Plaintiff(s) ) <br> ) <br> SAM L. CLEMMONS ) <br> ) <br> V. ) <br> ) <br> THE U.S. ARMY CRIME RECORD ) <br> CENTER ) <br> _____ ) <br> Defendant(s) ) | Civil Action No. __05 2353 RCL__ |

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_/s/ Sam L. Clemmons, Plaintiff Pro Se_      _3 APRIL 06_
Attorney for the Plaintiff(s)      Date

_____      _____
Attorney for the Defendant(s)      Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____      _____
United States District Judge      Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk of Court

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC § 636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned to all purposes to a Magistrate Judge.

CO-942A
Rev. 7/99