UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-02353 (RCL) |
| | ) |
| U.S. ARMY CRIME RECORDS CENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

On April 3, 2006, Plaintiff filed a Motion for Summary Judgment requesting judgment by default against the United States Army Crime Records Center. Plaintiff alleges a failure on the part of defendant to timely file an answer or dispositive motion. However, the government filed a Motion to Dismiss in Part and for Summary Judgment on March 20, 2006, docket entry 7, with service by mail issued that same day, Docket entry 7, attachment 5. Additionally, Fed. R. Civ. Pro. 55(e) precludes entry of default judgment against the United States or any agency thereof, unless the claimant establishes a right to relief by evidence satisfactory to the Court. Plaintiff has not shown a right to any relief.

Wherefor, defendant respectfully requests that Plaintiff's motion be denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

        RUDOLPH C. CONTRERAS D.C. Bar No.  434122
        Assistant United States Attorney


        KEVIN ROBITAILLE
        Special Assistant United States Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C. 20530
        202-353-9895