U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515-2404

**PUBLIC DOCUMENT**

OFFICIAL BUSINESS

*Ronnie Shows*
M.C.

Mr. Samuel L. Clemmons, Jr.
548 Saint Charles Pl NE
Brookhaven, MS 39601-3175

**RONNIE SHOWS**
4TH DISTRICT, MISSISSIPPI

Committee on Financial Services

Committee on Agriculture

Committee on Veterans' Affairs



# Congress of the United States
## House of Representatives
### Washington, DC 20515-2404

MEMBER:
The Coalition (The Blue Dogs)
Bi-Partisan Congressional Pro-Life Caucus
House Rural Health Care Coalition
Congressional Sportsmen's Caucus
Reserves Components Caucus
U.S. House Law Enforcement Caucus
Congressional Rural Caucus

June 20, 2002

Mr. Samuel L. Clemmons, Jr.
548 Saint Charles Pl NE
Brookhaven, MS 39601-3175

Dear Mr. Clemmons:

Thank you for your letter to my Jackson office via my Washington office. Please be assured that I have taken a special interest in this matter. I have contacted the Department of Justice and requested that very careful consideration be given concerning your case.

Please feel free to contact me if you should need additional information or assistance.

Sincerely,

Ronnie Shows

RONNIE SHOWS
Member of Congress

RS:bj

1408 Longworth Building
Washington, DC 20515
(202) 225-5865
(202) 225-5886 FAX
http://www.house.gov/shows

245 E. Capitol, Suite 222
Jackson, MS 39201
(601) 352-1355
(601) 352-9044 FAX

243 John R. Junkin Drive, Suite D
Natchez, MS 39120
(601) 446-8825
(601) 446-7250 FAX

728½ Sawmill Road
Laurel, MS 39440
(601) 425-4999
(601) 425-5428 FAX

Printed on recycled paper.

AUG. 23. 2002  3:54PM    CONGRESSMAN SHOWS JACKSON                    NO. 1941   P. 4



# Congress of the United States
## House of Representatives
## Washington, DC 20515

### Consent for Release of Personal Records by Executive Agencies

Name of Agency: _DEPARTMENT OF JUSTICE (DEA)_

To Whom It May Concern:

I have sought assistance from Congressman Ronnie Shows on a matter that may require the release of information maintained by your agency, and which you may be prohibited form disseminating under the Privacy Act of 1974.

I hereby authorize you to release all relevant portions of my records or to discuss problems involved in this case with Congressman Shows or any authorized member of his staff until this matter is resolved.

_[Signature]_                                    _06/04/1965_
(Signature of Claimant)                          (Date of Birth)

_P.O. Box 28558_                                 _Atlanta, GA 30358_
(Address of Claimant)

_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_                                    _____
(Social Security #)                              (VA Claim # if Applicable)

_(404) 255-8501_
(Telephone # for Claimant. If none, # where you could be reached)

_8/23/02_
(Date)

Please return this form to:

Congressman Ronnie Shows          Phone No. 601 352-1355
245 E. Capitol, Suite 222          Fax No. 601-352-9044
Jackson, MS 39201