FedEx Express           U.S. Mail: PO Box 727        Telephone 901-369-3600
Customer Support        Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



August 09, 2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 853153454919. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

  Signed For By:   A.TAYLOR

  Delivered to:    6010 6TH ST

  Delivery Date:   August 09, 2005

  Delivery Time:   10:06 AM

        Shipping Information:

Tracking No:   853153454919              Ship Date:   August 08, 2005

Shipper:       S L CLEMMONS SR           Recipient:   U S ARMY CRIMINAL
                                                      INVESTIGATE
                                                      6010 6TH ST U S ARMY CRIM
                                                      FORT BELVOIR, VA 22060
                                                      US


Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2005080900233703761

This Information is provided subject to the FedEx Service Guide.

P.O. Box 1001
Brookhaven, MS 39602

August 8, 2005

Director
U.S. Army Crime Records Center
U.S. Army Criminal Investigation CMD
6010 6th Street. Attn: Records Maintenance
Fort Belvoir, VA 22060-5585

Dear Director in Charge:

I am providing your office with a Power of Attorney to release any or **all** information that I have been advised that you have in a file containing issues with me that I committed a crime and was convicted in a military court of law of such a crime.

I would like to have returned to me all investigation reports signed by such investigator, court documents showing such conviction and the date and time I was arrested and dates of such trail any documents signed by me authorizing you to use my personal information. Witness statements, etc.

Please release **all** information in your record or database pertaining to me under the U.S.C. 552a and the FOIA and Privacy Act, 5 U.S.C. 552. I will be expecting to received such information with the 20 days of the regular request by law.

If there is no such record, then please advise myself and other Agencies that has placed such requests otherwise.

Sincerely,

Samuel L. Clemmons
FOIA Requestor

# SPECIAL POWER OF ATTORNEY
To Request FOIA and Privacy Act, 5.U.S.C. 552 and 5 U.S.C. 552a

Know All Person by These Presents:

That I, **Samuel Lennious Clemmons, Jr.**, of currently in of the State of Mississippi but hold a resident of 548 Saint Charles Place, Brookhaven, MS 39601. Do hereby provide this document request to release all information in nature to me according to the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a respectively. This notice is my true and lawful attorney-in-fact to provide you the following in my name and on my behalf.

    I hereby states that my full and legal name is Samuel Lennious Clemmons, Jr. My Date of Birth is: June 4, 1965; SSN 427086671; I am seeking all records pertaining to my background, employment records, security clearances conducted and list of all agencies whom has requested and obtain such records in my file.

    Please release and send all information per request to the following addresses and person only: S.L. Clemmons @ P.O. Box 1001, Brookhaven, MS 39602 and Mrs. Mary L. Lee @ P.O. Box 28558, Atlanta, GA 30358. (See Attached letter)

    BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

    I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.
    All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _____ Date: 9/13/05
STATE OF GEORGIA
COBB COUNTY

    I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL LENNIOUS CLEMMONS_, who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.
    IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on ___9-13-05___ (Month, date, and Year)

___Jessica L. George___
(Notary Public Signature)    (My Commission Expires on)



JESSICA L. GEORGE
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires March 23, 2009

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



November 03, 2005

FedEx Customer  
(770) 422-1037

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 847072450152.

Delivery Information:

Signed For By:   A.TAYLOR

Delivered to:   6010 6TH ST

Delivery Date:   September 09, 2005

Delivery Time:   10:35 AM

Shipping Information:

Tracking No:  847072450152         Ship Date:   September 08, 2005

Shipper:   SAM CLEMMONS            Recipient:   DIR PHILLIP J MCGUIRE  
                                                RECORDS  
                                                U S ARMY CRIME RECORD  
                                                CENTER  
                                                6010 6TH ST U S ARMY CRIM  
                                                FORT BELVOIR, VA 22060  
                                                US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R2005110300250151841

This Information is provided subject to the FedEx Service Guide.

P.O. Box 1001
Brookhaven, MS 39602

September 7, 2005

U.S. Army Crime Records Center
**Attn: Director Phillip J. McGuire**
U.S. Army Criminal Investigation CMD
6010 6th Street. Attn: Records Maintenance
Fort Belvoir, VA 22060-5585

                                **Re: Complete File or Record Request**

Dear Director Phillip J. McGuire:

I am receipt of a letter signed by someone else dated August 29, 2005 indicating not to hold you responsible for this communication. The letter reveals a delay in providing FACTS to the information I have requested through my Power of Attorney to release any or **all** information that I have been advised that you have in a file containing issues with me that I committed a crime and was convicted in a military court of law of such a crime.

I have to say that your letter is a tactic to stall for time when such request I have submitted is a simple task. If your organization were not in violation of any laws or procedures I would have received all requested information before September 6, 2005.

Once again, I am placing this request to have returned to me **all** investigation reports signed by such investigator, court documents showing such conviction. The date and time I was arrested and the dates of such trail or hearing. Provide any documents signed by me authorizing you to use my personal information. Witness statements, etc.

I wish to consider your response as an initial denial to my request pursuant to Title 5, USC, Section 552a, Exemption (j)(2) of the Privacy Act and Title 5, USC, Section 552, Exemption (b)(7)(A), (b)(2), (b)(6) and (b)(7) (C) and wish to **appeal** my pervious request to add that such request be \*\*\***expedite** \*\*\* this request is needed in a timely manner due to the loss of substantial due process rights.

I will be looking to receive all the information in your record or database pertaining to me under the U.S.C. 552a and the FOIA and Privacy Act, 5 U.S.C. 552. I will be expecting to receive such information within the 20 days of the regular request by law. Your deadline date is September 6, 2005. If such information is not received by such deadline be prepare to maintain and present your log sheet of all individuals requesting the same information.

If there were no such record of FACTS, I would advise you to delete all my personal information from your database and advise other Agencies and myself that has placed such requests of your error.

Sincerely,

Samuel L. Clemmons
FOIA Requestor
(FP05-1898)

CC: Record

Agencies Requirements in responding to releasing FOIA Requests:
Discovered May 20, 2005

You may also submit your request to the OIG by fax or electronic mail. The fax number is (703)248-4626 and the electronic mailbox is foia@uspsoig.gov. The OIG will begin processing your request upon receipt by the FOIA Officer.

## How to make a FOIA Request #

You may make a FOIA request for any agency records; however, the records may be protected by one of the FOIA exemptions or exclusions. You must submit your FOIA request in writing and prominently note, "Freedom of Information Act Request" on the first page. Your FOIA request should describe the records sought in sufficient detail to enable us to locate the records with a reasonable amount of effort. Whenever possible, you should include specific information about each record sought, such as the date, number, title or name, author, recipient, and subject matter of the record.

Please be aware that the FOIA does not require us to do research for you, to analyze data, to answer written questions, or to create records in response to a request.

## Time for Response #

We have three methods for responding to your FOIA request. The methods, which have different response times, are regular processing, expedited processing, and extended response time processing. A request is deemed to have been received by the OIG for purposes of computing time for response at the time is actually received by the FOIA Officer.

### Regular Processing

Once your FOIA request is received, a determination will be made within twenty days (excluding Saturday, Sundays, and legal public holidays) whether to disclose or deny the records sought.

### Expedited Processing

You may be entitled to expedited processing of your FOIA request if you certify that you have a compelling need. A compelling need may be a threat to someone's life or physical safety. You may also have a compelling need if you are primarily engaged in disseminating information to the public and the information is urgently needed to inform the public concerning actual or alleged Federal Government activity. The request for expedited processing must include your reasons why your request should be expedited. You should also certify that your reasons are true and correct. Within ten days after receiving your request, you will be notified regarding the decision to expedite your request. If we decide to expedite your request, it will be processed as soon as practicable. If we deny your request for expedited processing, you have the right to submit an appeal, which we will handle expeditiously.

### Extended Response Time Processing
Under the FOIA, we may extend the response time for an additional ten business days based upon unusual circumstances involved in the request, such as the volume of records sought.

### Fees #
We will furnish, without charge, reasonable quantities of material that we have available for free distribution to the public. Under the FOIA, we are permitted to charge certain fees for processing FOIA requests. Fees may vary depending on the requester's category. Commercial requesters may be charged fees for searching, reviewing, and duplicating records. Noncommercial requesters, such as educational or scientific institutions and the news media, are only charged for the duplicating expenses, after the first 100 pages of copies. All other requesters who do not fall within either of these two categories are not charged for the review of the records, only for the search and duplication of the records. No charge is assessed for the first two hours of search time or for the first 100 pages of copies.

### Fees $10.00 or less
If the total fee for searching, reviewing, and duplicating is $10.00 or less no fee is assessed.

### Fees $25.00 or more
If you do not include an acceptable agreement to pay the fees at the time of your request, we will promptly notify you if the estimated cost for processing your request is expected to exceed $25.00. Once you provide us with an agreement to pay all fees, we will release the records.

### Fees over $250.00
If the estimated fees exceed $250.00, we may require you to pay the fees in advance.

### Fee Waivers
We may waive fees, if the disclosure of the requested information contributes significantly to the public's understanding of the operation or activities of the government and is not primarily in the commercial interest of the requester.

**Initial Request Determination #**
Once we have processed your request and any fee issues have been resolved, we will send you a written notice explaining our determination to disclose or deny records. If information is being withheld, we will specify the FOIA exemption that pertains to the denial. You will also be advised of your right to appeal any adverse determination. If pages of the requested information are withheld in their entirety, we will usually specify the number of pages being withheld or will make a reasonable effort to estimate the amount of withheld information.

**Appeals#**
When we deny records or a fee waiver, you may file an appeal in writing to: