

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

CERTIFIED MAIL
7004 1160 0005 0697 0884

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!



United States
**Office of
Personnel Management**

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:                    Your Reference:

July 8, 2005

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Dear Mr. Clemmons:

This is in further reference to your July 15, 2003, request to the Drug Enforcement Administration (DEA) for information contained in your record. DEA referred documents that originated with the Office of Personnel Management for our review and response to you. We sent you an interim response on March 10, 2004.

The enclosed documents have been reviewed pursuant to the provisions of the Privacy Act of 1974, as amended. Document 6 contains information that originated with U.S. Army Crime Records Center (ACRD). We are in the process of consulting with ACRD regarding the releasability of this information. Also, we are withholding information from Documents 5 and 36 on the basis of the Freedom of Information Act exemption (b)(3) and the Privacy Act exemption (j)(1).

If you wish to appeal these deletions, you may do so by submitting a written request to the Office of the General Counsel, Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415-0001. An appeal should include a copy of your request, a copy of this letter, and a statement explaining why you believe this decision is in error.

If you have any questions regarding this response, please contact the Freedom of Information Privacy Act Services Branch at 724-794-5612.

Sincerely,

*W Alexander*

Wynette Alexander
FOI/PA Specialist

Enclosures

CON 132-48-9
November 2003



**United States
Office of
Personnel Management**

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:                                          Your Reference:

July 8, 2005

Director
U.S. Army Crime Records Center
Attn: Freedom of Information/Privacy
   Act Division
6010 6th Street
Fort Belvoir, VA 22060-5506

Subject: Samuel Lennious Clemmons Jr.

Date of Birth: 06/04/1965

SSN: 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

In response to the enclosed FOI/PA request, we are forwarding to you:

☐ The enclosed document(s) that originated in your agency. Please review this data for release determination and respond directly to the requester regarding your decision. We have advised the requester of this referral.

☒ The enclosed Document 6 is for your agency's review. Please make any necessary deletions only to the information bracketed in red and return it to our office. We have notified the requester of our interim action and will respond directly to the requester concerning the final action taken on the document. We have already responded to the requester regarding the remaining information on the document.

If you have any questions about this referral, please contact the Freedom of Information/Privacy Act Services Branch at 724-794-5612.

Sincerely,

*W. Alexander*

Wynette Alexander
FOI/PA Specialist

Enclosures

CON 132-48-9
November 2003

INV 40 (8/98)
OFFICE OF PERSONNEL
MANAGEMENT (5 CFR 736)

GENERAL REQUEST FOR
INVESTIGATIVE INFORMATION
U.S. GOVERNMENT USE ONLY

AUG 15 2000  5 3 3 7

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIONS PROCESSING CENTER
PO BOX 618
BOYERS, PA 16018-0618             *** EXPEDITE ***

TO:
DIRECTOR
U.S. ARMY CRIME RECORDS CENTER
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6TH ST. ATTN: RECORDS MAINTENANCE
FORT BELVOIR, VA 22060-5585

CASE NUMBER: 00008928

**INSTRUCTIONS:** WE ARE INVESTIGATING THE PERSON IDENTIFIED BELOW. PLEASE SEARCH YOUR RECORDS, INDICATING THE RESULTS BY MARKING ONE OF THE OVALS ON THE REVERSE OF THIS FORM. IF ANY PERTINENT INFORMATION IS CONTAINED IN YOUR RECORDS, PLEASE SEND A PHOTOCOPY AS AN ATTACHMENT TO THIS FORM. IF A PHOTOCOPY IS NOT AVAILABLE, REPORT THE PERTINENT INFORMATION IN THE "REMARKS" SECTION. PLEASE RETURN THE COMPLETED FORM, WITH ANY ATTACHMENTS TO THE OFFICE OF PERSONNEL MANAGEMENT AT THE ADDRESS SHOWN ABOVE.

FULL NAME (LAST, FIRST, MIDDLE): CLEMMONS, SAMUEL LENNIOUS JR
OTHER NAMES USED: 08/1994 07/1999 CLEMMONS, LENNIOUS

000801 129

DATE OF BIRTH: 06/04/1965
SOCIAL SECURITY NUMBER: 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
POSITION FOR WHICH INVESTIGATED: SPECIAL AGENT
PLACE OF BIRTH: ST LOUIS, MO

ADDITIONAL INFORMATION FOR YOUR RECORD SEARCH:
YR INDEXED: 1994         RAC: XK-075  USE CODE: 02

DATE OF REQUEST - 06/23/2000

```
DATE: 09/12/00                    ( )                              (  )                      PAGE:      3

   #: 00008928      TYPE/SERVICE: SBI - 35                         EXTRA COVERAGE: AL67
   E: CLEMMONS, SAMUEL LENNIOUS JR
   : 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         DOB: 06/04/1965   POSITION: SPECIAL AGENT

                                                                   CM RESULTS
ITM  TYPE  ITEM IDENTIFICATION/LOCATION                            ** ************************
***  ****  *********************************************          R  ACCEPTABLE
044  RESI  APARTMENT 40-A
           ATLANTA, GA                                             P  ACCEPTABLE
045  EMPL  EMPLOYER - OSI COLLECTION SERVICES
           MARIETTA, GA                                            P  ACCEPTABLE
046  GENL  PATRICIA PERKINS HOOKER
           ATLANTA, GA                                             P  ACCEPTABLE
047  GENL  MARCUS Q. POLK
           LITHONIA, GA                                            P  ACCEPTABLE
048  GENL  DAVID A. JONES
           KENNESAW, GA                                            P  ACCEPTABLE
049  GENL  CLYDE A. OWENS
           LAWRENCEVILLE, GA                                       P  ISSUE(S)      *
050  RESI  MARIETTA
           MARIETTA, GA
                                                                   L  NO RECORD
A01  SII                                                           I  NO RECORD
B01  FBIF                                                          L  NO PERTINENT
C01  FBIN                                                          L  RECORD
D01  DCII                                                          I  ISSUE(S)      *
D02  DCIF                                                          I  ISSUE(S)      *
 01  CRED  CBM EQUIFAX
           BALTIMORE, MD                                           L  ACCEPTABLE
  1  SESE  SELECTIVE SER
           GREAT LAKES, IL                                         I  ACCEPTABLE
G01  MILR  ARMY                                                    R  NO RECORD
H01  OPF   NPRC
           ST. LOUIS, MO                                           ████████████  ?
████ CIA ████████████         (b)(3),(j)(1)
           WASHINGTON, DC                                          I  ACCEPTABLE
N01  BVS   BIRTH
           ST LOUIS, MO                                            I  ACCEPTABLE
P01  NATG
           MS                                                      I  ACCEPTABLE
W01  STSC  STATE SEC
           WASHINGTON, DC

****************************  END CASE CLOSING TRANSMITTAL  ****************************
```

**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
FPO
BOYERS, PA 16018-0001

OFFICIAL BUSINESS

7003 1010 0001 3719 4054

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!




**United States Office of Personnel Management**

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:    Your Reference:

August 5, 2005

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Dear Mr. Clemmons:

This is in reference to our letter to you dated July 8, 2005. We are sending you Document 6 that the Department of the Army returned to our office for release to you. This data is being furnished with no deletions.

If you have any questions regarding this response, please contact the Freedom of Information Privacy Act Services Branch at 724-794-5612.

Sincerely,

Wynette Alexander
FOI/PA Specialist

Enclosures

CON 132-48-9
November 2003

**GENERAL REQUEST FOR INVESTIGATIVE INFORMATION**
U.S. GOVERNMENT USE ONLY

AUG 15 2000  5 3 3 7

INV FORM 40 (8/98)
U.S. OFFICE OF PERSONNEL MANAGEMENT (5 CFR 736)

FROM:
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIONS PROCESSING CENTER
PO BOX 618
BOYERS, PA 16018-0618

*** EXPEDITE ***

TO:
DIRECTOR
U.S. ARMY CRIME RECORDS CENTER
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6TH ST. ATTN: RECORDS MAINTENANCE
FORT BELVOIR, VA 22060-5585

CASE NUMBER: 00008928

CASE TYPE: 3   FIPC USE: 0   ITEM NUMBER: 002   ITEM TYPE: 000

**INSTRUCTIONS:** WE ARE INVESTIGATING THE PERSON IDENTIFIED BELOW. PLEASE SEARCH YOUR RECORDS, INDICATING THE RESULTS BY MARKING ONE OF THE OVALS ON THE REVERSE OF THIS FORM. IF ANY PERTINENT INFORMATION IS CONTAINED IN YOUR RECORDS, PLEASE SEND A PHOTOCOPY AS AN ATTACHMENT TO THIS FORM. IF A PHOTOCOPY IS NOT AVAILABLE, REPORT THE PERTINENT INFORMATION IN THE "REMARKS" SECTION. PLEASE RETURN THE COMPLETED FORM, WITH ANY ATTACHMENTS TO THE OFFICE OF PERSONNEL MANAGEMENT AT THE ADDRESS SHOWN ABOVE.

FULL NAME (LAST, FIRST, MIDDLE)
LEMMONS, SAMUEL LENNIOUS JR

OTHER NAMES USED
08/1994 07/1999 CLEMMONS, LENNIOUS

000801 129

DATE OF BIRTH: 06/04/1965
SOCIAL SECURITY NUMBER: 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
POSITION FOR WHICH INVESTIGATED: SPECIAL AGENT

PLACE OF BIRTH: ST LOUIS, MO

ADDITIONAL INFORMATION FOR YOUR RECORD SEARCH
YR INDEXED: 1994  FILE NO: 04731332A5M3A5G2  RAC: XK-075  USE CODE: 02

DATE OF REQUEST - 06/23/2000