The Pervious Issue Page or Pages

Has Been

## Validated

as

# FRAUD

The following pages behind this page is evidence of **FRAUD**

**Attention:** Some information maybe

withheld for further processing and presentation at a later date

Total number of pages are: _57_

_4 OF 57 PAGES_

# Freedom of Information and Privacy Acts



# Federal Bureau of Investigation



U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

Mr Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

June 30, 2005

Request No.: -GR 04-1394
Subject: Samuel L. Clemmons

Dear Mr. Clemmons:

Reference is made to your Freedom of Information-Privacy Acts request to the Drug Enforcement Administration (DEA). Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

We have completed our review and the document is being released to you in its entirety.

If you have not already requested a current search of our Criminal Justice Information Services Division records for any record that might pertain to you and wish to do so, please comply with the enclosed instructions set forth in the FBI File Fact Sheet. Fingerprint impressions are needed for comparison with records in the Identification Division to insure that an individual's records are not disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide range of matters, including counter-terrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to Clarksburg, West Virginia 26306. Each request must have proof on identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for application or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent upon you to direct a request to the appropriate office**

**FOR GENERAL INFORMATION ABOUT THE FBI
CHECK OUT OUR WEBSITE AT**
http://www.fbi.gov

```
XX PAGE 01 OF 01        ( )        NCIC RESPONSE                          /DCDEA0211
NO IDENTIFIABLE RECORD ON THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL LENNIOUS.DOB/19650604.SEX/M.RAC/W.PUR/C.
END
```

2-10-00

**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**