*EXHIBIT #2*
*PAGE # 3*

*\* PLACE IN 1ST SUBMISSION TO COURT*

05-2353

# SPECIAL POWER OF ATTORNEY
## To Request FOIA and Privacy Act, 5.U.S.C. 552 and 5 U.S.C. 552a

Know All Person by These Presents:

That I, **Samuel Lennious Clemmons, Jr.**, of currently in of the State of Mississippi but hold a resident of 548 Saint Charles Place, Brookhaven, MS 39601. Do hereby provide this document request to release all information in nature to me according to the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a respectively. This notice is my true and lawful attorney-in-fact to provide you the following in my name and on my behalf.

    I hereby states that my full and legal name is Samuel Lennious Clemmons, Jr. My Date of Birth is: June 4, 1965; SSN 427086671; I am seeking all records pertaining to my background, employment records, security clearances conducted and list of all agencies whom has requested and obtain such records in my file.

    Please release and send all information per request to the following addresses and person only:   S.L. Clemmons @ P.O. Box 1001, Brookhaven, MS 39602 and Mrs. Mary L. Lee @ P.O. Box 28558, Atlanta, GA 30358. (See Attached letter)

    BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

    I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.
    All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _____ Date: 26 JULY 05
STATE OF GEORGIA
COBB COUNTY
    I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared Samuel Lennious Clemmons, Jr., who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.
    IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on July 26, 2005 (Month, date, and Year)

_____     Sept. 20, 2005
(Notary Public Signature)     (My Commission Expires on)

**RECEIVED**
APR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT