**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2006 a copy of the foregoing Reply Memorandum together with Exhibits 1-9 to Defendants Motion to Dismiss in part and for Summary Judgment in part (including the complete redacted FOIA response) has been served by Courrier mail; postage prepaid, return receipt requested to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

                                                                _____/s_____
                                                               KEVIN K. ROBITAILLE
                                                               Special Assistant U.S. Attorney
                                                               Civil Division
                                                               555 Fourth St., N.W.
                                                               Washington, D.C.  20530
                                                               202-353-9895  / FAX 202-514-8780