# The Pervious Issue Page or Pages

# Has Been

CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 12/08/2005

# Validated

## as

# FRAUD

## The following pages behind this page is evidence of FRAUD

**Attention:** Some information maybe

withheld for further processing and presentation at a later date

Total number of pages are: ___///___

# GOVERNMENT INSPECTION REPORT

PREPARING INSTALLATION:
Fat Gordon, GA 30905

**NAME OF PROPERTY OWNER**
SAmuel Clemmons    1LT

**DESTINATION ADDRESS (Street, City, State and ZIP code)**
625 Pleasant Home Rd.
Augusta, GA 30907

**MODE OF SHIPMENT**
DPM- DEL

**DATE OF DELIVERY TO OWNER**
18 Feb 94

| PROPERTY SHIPPED | | WT OF SHIPMENT | NO. OF PIECES |
|---|---|---|---|
| **FROM: (Include ZIP Code)** Germany | **TO: (Include ZIP Code)** | 12,000 | |

**NAME AND ADDRESS OF GOVERNMENT BILL OF LADING CARRIER (Include ZIP Code)**
Anthony's MVG S

**GBL NUMBER**
UP- 452, 916

**AIRWAY BILL NUMBER**

**CARRIER'S BILL OF LADING NUMBER**

**NAME AND ADDRESS OF WAREHOUSE (If shipment from nontemporary storage) (Include ZIP Code)**
Anthony's MVG & STG

**LOT NUMBER**

**SERVICE ORDER NUMBER**

**NAME AND ADDRESS OF DELIVERING CARRIER (If not agent of Government bill of lading carrier) (Include ZIP Code)**

**CONTRACT NUMBER**

## DISCREPANCIES NOTED BY INSPECTOR
(Use supplemental sheets if necessary)

| CARRIER'S INV. NUMBER (Carton No. if packed item) | ARTICLE | DESCRIBE LOCATION, NATURE AND EXTENT OF NEW DAMAGE AND APPARENT CAUSE OF DAMAGE (State "MISSING" if applicable) | WEIGHT (Lbs) OF ARTICLE OR CARTON IF PACKED ITEM |
|---|---|---|---|
| 45- 49 | German Schrunk- Center Section Broken and Right side and Back Panel Broken, and several chips and Gouges on unit. (Hardware missing) | |
| 50- 51 | Slate Top Pool Table-Completely disassemble, All Hardware missing and Woode slats pulled Loose. | |
| 64 | 4- Pool Sticks- Broken And Tips Broken off 3- Sticks | |
| 65 | 4- Wooden Rails Top Pool Table- chipped in several places. | |
| 89 | Computer Desk- Screws and Hardware missing | |
| 12 | Living Rm. Wall Mirror- Broken Frame | |
| 17 | Grand Father Clock- 3 Weights and pendulum missing, and one Chrome Rod pulled Loose and Door Broken (unit Inoperable) | |
| 131 | O/S Chair- Fabric Torn on Back | |
| 106 | T.V. Stand - Hole Busted in Top- (Very Lg. Hole) | |

**DD FORM 1841** 1 SEP 77

REPLACES DD FORM 1841, 1 JAN 72, WHICH CAN BE USED.   ☆U. S. Government Printing Office: 1979—280-862/6360

INVENTORY NUMBERS OF CARTONS OR CONTAINERS WITH VISIBLE EXTERNAL DAMAGE (Describe damage to each and apparent damage)- 151- Pool Table part- Missing

152- Pool Table part Broken

132- Desk- Left Front Corner Broken off.

161- Dish Barrel- Missing- Contents Glass Dishes + China Ware

1-7- German Wardrobe- Several pieces Broken, and unit Has Seve Goudges And Chips All over. Hardware Missing

31- Buffet- Chipped on Front, Top And Edges.

PACKING VIOLATIONS NOTED (Describe in detail) (See MIL-STD-212c)

40-41- Pool Table Legs (on 4) Scratched and Chipped

44- German Bed- Several pieces Broken And Badly Chipped + Gou All over

---

## CERTIFICATE OF INSPECTOR

I personally made the above inspection on the date shown and certify that the conditions as shown on this report of ____/____ pages accurately reflect the loss and/or damage in-curred during shipment and/or storage.

| DATE OF INSPECTION | TYPED NAME AND GRADE OF INSPECTOR | SIGNATURE |
|---|---|---|
| 94-3-15 | James Reid | James M. Rei |

## CERTIFICATE OF PROPERTY OWNER

I have examined this report of ____/____ pages and the conditions shown accurately and completely set forth the entire loss and/or damage to my property incurred during shipment and/or storage.

| DATE | SIGNATURE |
|---|---|
| 15-Mar-94 | |

## CERTIFICATE OF TRANSPORTATION OFFICER

I certify that the information on this report of _____ pages is accurate and complete to the best of my knowledge.

"NOTICE OF LOSS OR DAMAGE" DISPATCHED

| DATE | ADDRESSEE |
|---|---|
| | |

| DATE | ADDRESSEE |
|---|---|
| | |

| DATE OF REPORT | TYPED NAME OF INSTALLATION TRANSPORTATION OFFICER | SIGNATURE |
|---|---|---|
| | | |

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) CLEMMONS SAMUEL LENNIOUS | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/IN | 3. SOCIAL SECURITY NO. 427 08 6671 |
|---|---|---|

| 4.a GRADE, RATE, OR RANK LT | 4.b PAY GRADE O02 | 5. DATE OF BIRTH (YYYYMMDD) 19650604 | 6. RESERVE OBLIG. TERM. DATE Year 0000 Month 00 Day 00 |
|---|---|---|---|

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY BROOKHAVEN, MS | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 1204 RANCE DR. BROOKHAVEN, MS 39601 |
|---|---|

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND MEDICAL HOLD CO. DDEAMC HSC,HS | 8.b STATION WHERE SEPARATED USASC&FG FT. GORDON, GA 30905-5282 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE None Amount: $ 200,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 11A3X INFANTRY OFFICER, GENERAL --3 YRS-8 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date entered AD This Period | 1990 | 08 | 26 |
| | b. Separation Date This Period | 1994 | 05 | 03 |
| | c. Net Active Service This Period | 0003 | 08 | 08 |
| | d. Total Prior Active Service | SEE | BLOCK | #18 |
| | e. Total Prior Inactive Service | SEE | BLOCK | #18 |
| | f. Foreign Service | 0002 | 11 | 25 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1992 | 08 | 25 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY SERVICE RIBBON//NCO PROFESSIONAL DEVELOPMENT RIBBON//NATIONAL DEFENSE SERVICE MEDAL// OVERSEAS SERVICE RIBBON//PARACHUTIST BADGE//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course title, number of weeks and month and year completed) |
|---|
| AIRBORNE, 1991//BRADLEY INFANTRY FIGHTING VEHICLE COMMANDER COURSE, 1991//INFANTRY OFFICER BSIC, 1990//NOTHING FOLLOWS |

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID N/A |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |
|---|---|---|

| 18. REMARKS |
|---|
| DISABILITY SEVERANCE PAY --$40684.80//SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT. A DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING OR TO CORRECT INFORMATION//DATA HEREIN SUBJECT FOR COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS// NOTHING FOLLOWS |

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 625 PLEASANT HOME RD. APT 254, AUGUSTA, GA 30907 | 19.b NEAREST RELATIVE (Name and address - include Zip Code) TONYA CLEMMONS SAME AS 19A |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO GA DIR OF VET AFFAIRS X Yes No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | M. LOPEZ USFC CHIEF TRANSITION POINT |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, PARA 4-24B(3) | 26. SEPARATION CODE JFL | 27. REENTRY CODE NA |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, SEVERANCE PAY |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4 SLC Initials |
|---|---|

DD Form 214-AUTOMATED, NOV 88          Previous editions are obsolete.          MEMBER-4



FFICE OF THE STAFF JUDGE ADVOCATE
ATTN: ATZH-JA
FORT GORDON, GA 30905-5280

Mr. Samuel Clemmons
625 Pleasant Home Rd., #25
Augusta, GA 30907

DEPARTMENT OF THE ARMY
HEADQUARTERS, DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
FORT GORDON, GEORGIA 30905-5650

May 26, 1994

Center Judge Advocate / Claims

SUBJECT: Accident/ Clemmons / 18 Apr 94

1LT Sammuel Clemmons
625 Pleasant Home Road # 254
Martinez, Ga 30907

Dear 1LT. Clemmons:

This office has been informed that the U. S. Army provided medical treatment, paid for medical services, or provided benefits through CHAMPUS for injuries to the person(s) noted above, arising from an accident or incident. Under the Federal Medical Recovery Act, 42 U.S.C.    2651-53, and Army Regulation 27-40, the United States may have a claim for the reasonable value of this medical care. If this is true, the United States, through this office, will try to collect these medical costs from the person who caused the injuries, or, in certain cases, under your own PIP, MED PAY or uninsured motorist insurance coverage. Rest assured that the United States WILL NOT attempt to recover these costs directly from you.

In order to decide whether the United States has a claim, this office needs information about the injury and the incident. Enclosed is an Accident Report Form which provides for the information we need. Please fill out the form, place it in the enclosed self-addressed envelope, and drop it in the mail. If the form does not fit your situation, or more space is needed, just turn it over and write on the back, providing the details of the incident. Additionally, a copy of any accident report would be helpful.

You should not sign a release or settle any claim you may have against the other person or company involved in the accident or their insurance company without notifying me at the Center Judge Advocate, Eisenhower Army Medical Center, Fort Gordon, Georgia 30905, telephone (706) 791-4097/3846.

If you have any questions about this letter, please contact my office at this same address or telephone number.

If you want advice or information about your own claim for personal injury or property damage, you should contact the Legal Assistance Branch at this or another military installation.

If you have already retained a lawyer, you should let him know that the United States may have a claim in this matter, and notate the lawyers name and address in the space provided on the form.

Federal regulations require that you cooperate with us in this matter.  Your prompt return of the injury form will preclude this office from having to contact your commander or federal authorities, as appropriate, for assistance.

Sincerely,

Shirley J. Wallace
Paralegal
Claims

Enclosures

DEPARTMENT OF THE ARMY
HEADQUARTERS, DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
FORT GORDON, GEORGIA 30905-5650

HSHF-JA  (27-20)                              February 8, 1994

MEMORANDUM FOR Commander, Medical Holding Company,
                Fort Gordon, GA

SUBJECT: Auto Accident, O-2, Samuel Clemmons, 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

1.  Subject soldier was involved in an incident on 23 January
1994, which resulted in receiving medical care at EAMC.

2.  In order for this office to properly process the accident,
please ensure that subject soldier completes the enclosed injury
report and returns it to this office in the envelope provided.

3.  POC is the undersigned, (706) 791-4097/3846 or AV 780-4097.

                              SHIRLEY J. WALLACE
                              Paralegal, GS 9
                              Claims

2 Encl
1.  Injury Report
2.  Postage Free envelope

Accident Report
Police Department
Wuerzburg - County

File number    6317        Date of accident: 16 Feb 93        Time: 10.20 hrs

Number of people involved: 03        injured people: 01

Place of accident:    8702 Unterpleichfeld
                      entering the community coming from Schweinfurt

At the time of the accident the U.S. soldier Samuel Clemmons drove with
his car "Mazda", license plate NA 1547, on B 19 from Schweinfurt toward
Wuerzburg.
Right after the beginning of the community's limits there was a truck
( license plate WUE KJ 450  and WUE CH 213 ) belonging to Mr. Herbert
Endres. At the time it was snowing and the road was snow-covered.
At the same time a truck (license plate G - RS 113 was coming the
opposite way with Mr  Mario Sittig being the driver.
Mr Clemmons wanted to stop to let the oncoming truck drive.
His vehicle however kept on sliding on the snow-covered road and hit
the parked truck.
Due to the collision his vehicle also hit the oncoming truck with the
left side.
Apparently even though Mr Clemmons was wearing his seat belt he hit his
head so hard that he remained unconscious in his car.
Upon arrival of the police he was still unconscious in his vehicle.
All the doors were locked from the inside. In order to get him out
of his vehicle the window at the passenger side had to be smashed.
Mr Clemmons was taken to the Wuerzburg Army Hospital by an ambulance.
His car was totalled ( appr. DM 20.000 ) and the truck only had
a light damage (appr. DM 2000.00 to 3.000 )

There was no DUI or DWI .

This translation corresponds in sense to the original.

Monika Goodman
German Liaison/ACS
APO AE 09033

ARMY COMMUNITY SERVICE
LEONARD BKS. BLDG 242
AFO NEW YORK 09033

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

**FIRST CLASS   PERMIT NO. 00001   FORT GORDON**

POSTAGE WILL BE PAID BY ADDRESSEE

Office of the Staff Judge Advocate
ATTN: ATZH-Claims (Ms Wallace)
Fort Gordon, Georgia 30905-9984

82

LAW OFFICES

# PARDUE & MASSEY

563 Greene Street • Augusta, Georgia 30901

Mr. Samuel L. Clemmons
625 Pleasant Home Road #254
Augusta, GA 30907

CLEM254 309070007 1794 12/15/94
NOTIFY SENDER OF NEW ADDRESS
SOL CLEMMONS
501 PRESTON LAKE DR #STE-48
TUCKER GA 30064





*LAW OFFICES*

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

June 10, 1994

Mr. Allen Downen
Claims
Office of the Staff Judge Advocate
Fort Gordon, Georgia  30905

Re:  Samuel L. Clemmons

Dear Allen:

   I have been retained to assist Samuel L. Clemmons with  problems he is having concerning his claim for damages and loss of Household Goods.  I would appreciate it if you would contact me as soon as possible about this matter.

   With kindest personal regards, I remain,

                        Sincerely yours,

                        PARDUE & MASSEY

                        Chuck R. Pardue
                        Attorney at Law

CRP:gfm
cc: Samuel L. Clemmons
      Apartment #254
      625 Pleasant Home Road
      Augusta, GA  30907

| | | | |
|---|---|---|---|
| 563 Greene Street | 1919 Pennsylvania Avenue, NW | 7 Surganova Str 220012 | Chui Prospect 114 |
| Augusta, GA 30901 | Suite 300 | Minsk, Republic Belarus | Suite 450 |
| Telephone 706 722-1900 | Washington, DC 20006 | Telephone 7 0172 62-54-18 | Bishkek, Kyrgyz |
| Toll Free Inside US 1-800-868-1101 | Telephone 202 736-2139 | Telecopier 7 0172 39-57-09 | Telephone 7 3312 281-417 |
| Telecopier 706 722-0149 | Telecopier 202 223-6739 | | Telecopier 7 3312 291-991 |



## EMPLOYMENT CONTRACT

You have asked me to act as your attorney and represent you with my best efforts in the following matter: _Claim against U.S. Army on household goods_

This contract sets forth the entire agreement concerning my representation of you. This contract shall become effective upon my receipt of a countersigned copy of this contract and the retainer fee.

I accept this employment and agree to use my best efforts to represent you subject to the following conditions:

1.    You hereby agree to pay a non-refundable retainer fee of $500.00 which assures my availability in your matter, and also includes a diligent investigation into the merits of your case.

2.    The final billing is based on my hourly rate of $100.00 plus costs. It is impossible to determine in advance the amount of time needed to complete your case. I will keep you informed of time used for conferences, telephone calls, drafting documents, research, court time, and necessary travel time. You will not be billed for clerical or secretarial time.

3.    I will bill you periodically on a time-expended basis, plus costs and you agree to promptly remit all sums due and owed.

4.    "Costs" are out-of-pocket expenses, such as filing fees, service, reporters, copies, transcripts, appraisers, accountants, and so on. Costs will also be itemized and billed on a periodical basis.

5.    I reserve the right to terminate our attorney-client relationship for non-payment of fees or costs. You further agree that in the event it is necessary to collect fees and/or costs owed, that you are responsible for any fees or charges incurred in collecting fees and/or costs owed Attorney.

I also reserve the right to terminate our attorney-client relationship for non-cooperation by Client in the Representation. "Non-cooperation" means, but is not limited to, not answering letters or telephone calls, not cooperating in answering Discovery filed by another party, refusing to disclose all information relevant to the case.

I also reserve the right to terminate our attorney-client relationship if, upon due and diligent investigation of your case, I determine that this case lacks legal merit and/or reasonable basis for relief and/or recovery.

6.    Client agrees that the attorney made no promises or guarantees regarding the outcome of the client's case except that the attorney will give the client's case benefit of his best legal ability.

Client has read this contract, received a copy of it and agrees to all its terms and conditions, and has signed and dated this Contract.

Date: _11_ day of _June_ _____ 1993   _____

**CLIENT**

~~Jackson R. Massey,~~ Attorney at Law

(4)

## AUTHORIZATION

To Whom It May Concern:

The purpose of this letter is to inform whomever it may concern that I, Samuel L. Clemmons, Social Security Number, 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, have retained the professional services of Chuck R. Pardue, of Augusta, Georgia, as my attorney concerning my household goods claim with the United States Army and U.S.A.A. Insurance Company. This letter, furthermore, shall serve as my full and complete authorization for any member of the Staff of Chuck R. Pardue to review any documents related to my claim with the United States Army and/or U.S.A.A. Insurance Company and to make copies of the same, if necessary.

This 10th day of June, 1994.

_____
SAMUEL L. CLEMMONS

## ACKNOWLEDGMENT

STATE OF GEORGIA                )
                               )
COUNTY OF RICHMOND        )

The foregoing instrument was acknowledged before me this 10Th day of June, 1994, by **SAMUEL L. CLEMMONS.**

_____
Notary Public, State of Georgia
My Commission Expires:  28 July 1997

# HAVERTY FURNITURE COMPANIES, INC.

**HAVERTY'S**
*Makes it Home!*

SINCE 1885

HAVERTY'S-ATLANTA
5849 Peachtree Rd.
Chamblee GA 30341

BRANCH: 11-NORTHLAKE
(404)491-0536

| | | |
|---|---|---|
| CONTROL NO. | | |
| RESERVATION NO. | | 443123 |

SALE TYPE:  CHARGE          DATE:  7-19/94

SALESPERSON(S):  11-316 MORRIS
CASHIER: 473     DEPUTY

ACCOUNT NO.: 5714696
NAME:  SAMUEL L CLEMMONS
ADDRESS:  501 PRESTON LAKE
          PRESTON LAKE APTS #501
CITY:  TUCKER          COUNTY:  DK          STATE:  GA          ZIP:  30054

TELEPHONE(S):
HOME: (404)493-3972
OFFICE: (404)346-1111

DATE:              THANK YOU FOR SHOPPING AT HAVERTY'S !!!
                   BB4!!!!
WILL NOTIFY:

| TYPE | LOC | QTY | SKU | DESCRIPTION | | UNIT RETAIL | EXTENDED RETAIL |
|---|---|---|---|---|---|---|---|
| | | 1 | 5-4502-1031 | UNV 605-290/16C | KG RICE BD | 899.00 | 899.00 |
| OA | 08 | 1 | 0-4502-1270 | UNV 605-290 CHADWICK | KG RICE BD | | |
| OA | 08 | 1 | 0-4508-1061 | UNV 605-16Z CHADWICK | 6/6 RAILS | | |
| | | 1 | 5-4504-1008 | UNV 605-040/04M | DRES/MIRR | 699.00 | 699.00 |
| OA | 08 | 1 | 0-4504-1031 | UNV 605-040 CHADWICK | TRP DRESSR | | |
| WD | 08 | 1 | 0-4502-1208 | UNV 605-04M CHADWICK | VERT MIRR | | |
| WD | 08 | 1 | 0-5904-0425 | SEA 433036/EXTRORDINAL | 6/6 MATT | 349.00 | 349.00 |
| WD | 08 | 2 | 0-5904-0426 | SEA 433036/EXTRORDINAL | 6/6 BOX SP | 150.00 | 300.00 |
| | | | 8-0001-0001 | DELIVERY CHARGE | | | 35.00 |

## TOT CHARGES

TOTAL CHARGE SALE:          2,396.10
TOTAL DOWN PAYMENT:           247.00
**ADDED TO ACCOUNT:**       2,149.10

AGREED MINIMUM MONTHLY PAYMENTS OF  2,149.10
ARE DUE WITHIN 25 DAYS OF THE DATE OF EACH MONTHLY
STATEMENT.

If more than one party executed this sales invoice as "Buyer", then both parties shall be jointly and severally obligated here and on the provided in the Revolving Charge Agreement between either of Buyer and Seller even though only one of such parties may be a party to such Revolving Charge Agreement.

I acknowledge that I have purchased the property and services listed above from Haverty Furniture Companies, Inc. ("Seller"), at the price set forth above and for cash or on terms set forth on my Revolving Charge Agreement with Seller. I agree that Seller shall retain a security interest in the property listed above as set forth in my Revolving Charge Agreement. Acceptance of this sales invoice by Seller is subject to Seller's confirmation and approval of Buyer's credit.

I acknowledge receipt of a completed copy of this sales invoice.

SIGNED, SEALED AND
DELIVERED IN THE
PRESENCE OF

_____ (SEAL)
          BUYER

_____ (SEAL)
          BUYER

WITNESS _____

| | |
|---|---|
| 11    5.500 % | |
| SUB TOTAL: | 2,282.10 |
| SALES TAX: | 114.10 |
| **TOTAL SALE:** | 2,396.10 |

PAYMENT INFORMATION

AMOUNT TENDERED:
CHANGE:
**NET PAID:**

FOR CUSTOMER SERVICE CALL 444-3400
FOR DELIVERY INFORMATION CALL 444-9400

* NON-TAXABLE ITEM

CUSTOMER COPY

**VERTY'S**
*Makes it Home*

ACCT. NO. 5 7 1 4 6 9 G         1-19  19 94

$ 247 00

NO. 694413

RECEIVED OF *Samuel L.*

*Two hundred forty seven* **DOLLARS** _____ **CENTS**

| | | | |
|---|---|---|---|
| CASH | 247 00 | ☑ (3) DOWN PAYMENT | ☑ (1) NEW |
| CHECK | | ☐ (4) ON ACCOUNT | ☐ (2) ACTIVE |
| MSTR. CHG. | | ☐ (3) COD | ☐ (3) RE-OPEN |
| VISA | | ☐ _____ | ☐ _____ |
| AMER. EXPS. | | **HAVERTY FURNITURE COMPANY** | |
| DISCOVER | 247 00 | BY _____ | |
| TOTAL  $ | 247 00 | **THIS IS AN OFFICIAL RECEIPT** | |

17

Adams
FORM 3-584

3 PART

**one time carbon**

## SERVICE ORDER

| ☒ SERVICE ☒ INSTALL | ☐ PICKUP ☐ DELIVERY | REPAIR IN ☒ HOME ☒ SHOP | DATE ORDERED *Aug 15/94* |

Name *Sam Clemmens*                                     ☐ C.O.D.     ☐ CHARGE

Address *501 Preston Forkes*     Phone *493-3972*

City *Tucker*     State *Ger.* Zip *30084*

| MAKE | MODEL | SERIAL NO. |
|---|---|---|
| ☐ WARRANTY ☐ CONTRACT ☒ ESTIMATE | SERVICE REQUESTED *Morris Claim damage* | DATE PROMISED *Aug 15/94* |

| QUAN | PART NO. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | *Platform Bed was completely damaged almost all of the panels are damaged beyond repair Platform Unit has built in stereo system which is also damaged. Cust. states Replace* | | |

SERVICES PERFORMED *Cust at $2000*

| | | |
|---|---|---|
| TIME START | TOTAL MATERIAL | |
| TIME FINISH | LABOR AND SERVICE | |
| HOURS | TAX | |
| | DEL CHARGE MILEAGE | *$2000 ∞* |

DATE COMPLETED  /  /     **CASH** ON COMPLETION OF WORK  ➤  **TOTAL**

I hereby accept above performance, and charges, as being satisfactory and acknowledge that equipment has been left in good condition.

_____     _____
CUSTOMER'S SIGNATURE                 TECHNICIAN'S SIGNATURE

☑ Adams
3-584

**THANK YOU**
## Service Order

13

*LAW OFFICES*

# PARDUE & MASSEY

uck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AL)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apeksenko (Republic of Belarus)

August 30, 1994

Melvis Norman
Claims Office
C/O Staff Judge Advocate
Fort Gordon, GA 30905

RE: Samuel L. Clemmons, Household Goods Claim

Dear Melvis:

Samuel Clemmons contacted me, to follow up on the status of his claim for his household goods law. He indicated that he did receive a check from the government, however, he does not feel that it is a full entitlement for the damages done to his goods. I am enclosing a copy of the estimate for the new bedroom set that was destroyed. I am also enclosing a replacement cost for a new bedroom set from Haverty's Furniture. Additionally, I am enclosing a copy of the check that he received from the USAA.

Concerning the earlier miscommunication, it appears that it was simply a problem in communication and that there was no intent to defraud the government. Is it possible to resolve this claim so that he can get paid up for the reasonable damages that was caused by moving his case?

With kindest personal regards, I remain,

Sincerely yours,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:lab
enclosures as stated

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991

LAW OFFICES

# PARDUE & MASSEY

.nuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AL)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

August 30, 1994

Samuel L. Clemmons
625 Pleasant Home Rd. #254
Augusta, GA 30907

Dear Samuel:

   I am enclosing a copy of the letter that I wrote back to The Claims Office on our behalf.  Concerning your question, about  removing your name from the database, I am not aware of any method to have that removed short of filling a major law suit at considerable expense ($15,000.00 to $25,000.00  in attorney's fees).  If this ever comes up again,  you have the opportunity of explaining that this was not a fraudulent case, but simply a miscommunication on behalf of The Furniture Doctor.  If I hear anything, I will contact you, or if you have any additional questions, please do not hesitate to contact me.

   With kindest personal regards, I remain,

                        Sincerely yours,

                        PARDUE & MASSEY

                        Chuck R. Pardue
                        Attorney at Law

CRP:lab
enclosures as stated

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

| 563 Greene Street | 1919 Pennsylvania Avenue, NW | 7 Surganova Str 220012 | Chui Prospect 114 |
|---|---|---|---|
| Augusta, GA 30901 | Suite 300 | Minsk, Republic Belarus | Suite 450 |
| Telephone 706 722-1900 | Washington, DC 20006 | Telephone 7 0172 62-54-18 | Bishkek, Kyrgyz |
| Toll Free Inside US 1-800-868-1101 | Telephone 202 736-2139 | Telecopier 7 0172 39-57-09 | Telephone 7 3312 281-417 |
| Telecopier 706 722-0149 | Telecopier 202 223-6739 | | Telecopier 7 3312 291-991 |



# DEPARTMENT OF THE ARMY
**Headquarters, U. S. Army Signal Center and Fort Gordon**
**Office of the Staff Judge Advocate**
**Fort Gordon, Georgia 30905-5280**

October 11, 1994

Staff Judge Advocate / Claims

SUBJECT:  1LT Samuel L. Clemmons, 94-281-0925

Mr. Chuck R. Pardue
Pardue and Massey
563 Greene St.
Augusta, GA 30901

Dear Chuck,

    I am writing to remind you that I cannot act on the request
for reconsideration you submitted on August 30 1994, until I
receive a power of attorney from 1LT Clemmons authorizing you to
ask for reconsideration on his behalf.  I believe I called you on
September 6, 1994, to advise you of that, but you may have
forgotten.

    In any case, I can take no action on your request as things
stand.

Sincerely,

ALLAN T. DOWNEN
Chief, Claims Branch




**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT MCPHERSON
FORT MCPHERSON, GEORGIA 30330-5000

REPLY TO
ATTENTION OF                    1 9 OCT 1994

Office of the Staff Judge Advocate

SUBJECT: Claim No. 95-271-0001


Mr. Samuel L. Clemmons
501 Preston Lane Drive
Tucker, Georgia  30084

Dear Mr. Clemmons:

    Your claim, received October 3, 1994, was approved for
payment in the amount of $205.00 under the provisions of Army
Regulation 27-20, Chapter 11, implementing Title 31, United
States Code, Section 3721.  The statute is a gratuitous payment
statute which is not intended to provide total insurance
coverage.  A voucher was forwarded to the Finance and Accounting
Office for issuance of a check in that amount.  You should
receive a check from the Finance and Accounting Office within
two to three weeks.

    Pursuant to Army Regulation 27-20, Paragraph 11-13g, the
amount awarded you on every line item was rounded up or rounded
down to the nearest whole dollar.  You were awarded less than
the amount claimed for the following reasons:

    a.  Normal depreciation was taken on the replacement costs
for missing or destroyed items in accordance with the Allowance
List-Depreciation Guide, in order to compensate you only for the
actual value of these items at the time they were lost or
destroyed.

    b.  No allowance was made for the shrunk.  There is no
evidence to support new damage caused by carrier mishandling.
According to the inventory prepared at origin, this shrunk was
in terrible condition before it was moved.  It was "chipped,
scratched, rubbed all over, loose, cracked, broken, etc."  The
damage claimed would be pre-existing prior to the move and not
compensable.

    c.  The allowance for the estimate fee on the television
was limited to $25.00 which was the actual cost.

    If you are not satisfied with the action taken on your
claim, you have the right to request reconsideration.  Your
request must be in writing and you must tell us what you are
dissatisfied with.  Although you have one year from the date of

- 2 -

this letter to request reconsideration, please call or write
this office within two weeks to notify us of your intent to
request reconsideration so that we can hold your file and avoid
any delay in responding to you.

If you are contacted by or receive a check from a carrier
or warehouse firm who handled your property, contact this office
promptly.  In the event that you have missing items from your
shipment and they are found, notify this office promptly,
specifying the items recovered.

If you have any questions, you may contact this office at
(404) 752-3858.

I regret your loss and the inconvenience incurred by you as
a result of this service-connected incident.

                    Sincerely,

                    Audrius J. Kirvelaitis
                    Captain, U.S. Army
                    Claims Judge Advocate

```
                         TRANSACTION REPORT                        P.01
                                              OCT-24-94 MON 13:09

  DATE  START      SENDER        RX TIME  PAGES  NOTE

  OCT-24 13:07 4047933776         1'50"     2     OK

**************************************************************
```

OCT-24-94 MON 13:12 FURNITURE DOCTOR INC    404 7933776        P.01

# Furniture Doctor
## Complete Line of Refinishing & Restoration Supplies

FACSIMILE MESSAGE

TO: *Samuel Clemmons*

FROM: *Bruce Smith*

NO. OF PAGES: ____4____

(including this cover sheet)

If all pages have not been transmitted,
please contact us immediately.

Our fax number is (706)  793-3776

Our phone number is (706)  793-0716

19

OCT-24-94 MON 13:12 F  NITURE DOCTOR INC      404  933776        P.02



# Furniture Doctor, Inc.

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE (706) 793 0716
FAX   (706) 793 3776

DATE _____ 2-16-94 _____

#320

CUSTOMER: _____ Mr. _____

_____ 62? Pleasant Home Rd _____

_____ in the Pines ___ 254 _____

_____ Fort ___ Gordon _____

_____ 869-0561 _____

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|----------|------|-------------|--------|
| Shop | Schrunk | _____ | |
| | | _____ | |
| | | _____ | |
| | | _____ | |
| | | _____ | |
| | | _____ | |
| | | _____ | 500? |
| | | _____ | 775? |
| Shop | | _____ | 40? |
| | Pool Table? | Frame has ___ missing | |
| | | _____ | |
| | _____ | _____ | |
| | Unit | | |
| | _____ Real | Need ___ | |

**Furniture Doctor, Inc.**

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793-0716
FAX:   (706) 793-3776

DATE _____ 2 - 16 _____

CUSTOMER: _____ *Newmans* _____          F.6

Page 2

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|----------|------|-------------|--------|
| | Dresser | *Veneer broken, need glue to remount. E.f. Replace* | 50. |
| | | *top some gouged out, discolored,* | |
| | | *base legs water borne gouged* | |
| | | *scratches began* | 225 |
| | Desk | *Left corner broken out, rubbed* | |
| | | *chipped, polished. Repair* | 185. |
| | | *top cracked in silf Repairable* | |
| | | *(Est 120.)* | N/A |
| | | *top gouged, bad scratched,* | |
| | | *began burned to metal* | 250. |
| | | | 35. |
| | | | |

TOTAL

☐ APPRAISAL
☐ ESTIMATE

FURNITURE DOCTOR, INC.

**FURNITURE DOCTOR, INC.**
Refinishing and Refinishing Supplies
3345 PEACH ORCHARD RD. (Hwy. 25)   AUGUSTA, GA 30906
(706) 793-0716 • FAX (706) 793-3776

| Customer's Order No. | 320 | | | | Date | 6 - | |
|---|---|---|---|---|---|---|---|
| Name | Ms. Clemmons | | | | | | |
| Address | 625 Pleasent Home Rd | | | | | | |
| | In The Pine Apt 254 | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | # 869-0581 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Schrunk; Repaired | | |
| | as Est. and Repaired | 775 | 3 |
| | | | |
| | Mirror frame | | |
| | Repaired | 80 | 2 |
| | | | |

All claims and returned goods MUST be accompanied by this bill. A service charge of 1½% per month will be charged on all invoices c/er 30 days.

| | TAX | |
| 45360 | Received By | TOTAL |

POLVILLE PRINTING COMPANY · HEPHZIBAH GA 30815

```
                                                                    P.01

                    TRANSACTION REPORT

                                              OCT-24-94 MON 13:09

    DATE  START       SENDER       RX TIME  PAGES  NOTE

    OCT-24 13:07  4047933776         1'50"    2     OK
```

24-94 MON 13:12 FURNITURE DOCTOR INC    404 7933776        P.01

# Furniture Doctor
## Complete Line of Refinishing & Restoration Supplies

FACSIMILE MESSAGE

TO: *Samuel Clemmons*

FROM: *Bruce Smith*

NO. OF PAGES: *4*

(including this cover sheet)

If all pages have not been transmitted,
please contact us immediately.

Our fax number is (706)  793-3776

Our phone number is (706)  793-0716

20



# Furniture Doctor, Inc.

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793-0716
FAX: (706) 793-3776

DATE __3-16-94__

#320

CUSTOMER: _Mr. Simmons_          _Fort Gordon_
_62_ _Pecan Home Rd_
_Hm. th. Pines, Lt 254_

_869-0551_

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Shop | Schrank | China section to case was | |
| | | loose apart; bottom section left | |
| | | 12 in section front molding broken, | |
| | | two glass inserts in side door | |
| | | broken out  also  center column, | |
| | | hardware  pair keys  screws | |
| | | missing;  Replace sections; | 6-1 |
| | | 11 piece  day line;  molde parts, | (500. ) |
| | | repair and touch up? | 775.00 |
| Shop | | Ridge  repair  reline  lf  repair | 40. |
| | Foot Table | Frame hardware missing | |
| | | Case | |
| | | Server  drawer  front | |
| | | | |
| | | orignal Red  Wax | |

☐ APPRAISAL

# Furniture Doctor, Inc.

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793-0716
FAX:   (706) 793-3776

DATE _2 - 16_

CUSTOMER: _Clemmons_                     F.6

Page 2

| INV. NO. | ITEM | DESCRIPTION | |
|---|---|---|---|
| | Dresser | Mirror broken around circle to | |
| | | mount. E.T. Replace | |
| | | Top have gouged out discolored, | |
| | | base turn broken bone gouged | |
| | | scratched repair | |
| | Desk | Left corner broken out, rubbed | |
| | | chipped scratched. Repair | 185 |
| | Tv Stand | Top crushed in. N/R Reprairable | |
| | | (cost 120.) | N/R |
| | Chest | Top gouged feet scratched; | |
| | | repair received to metal | 250 |
| | | | |
| | | | 35 |
| | | | |

TOTAL

☐ APPRAISAL
☐ ESTIMATE

**FURNITURE DOCTOR, INC.**
Refinishing and Refinishing Supplies
3345 PEACH ORCHARD RD. (Hwy. 25)  AUGUSTA, GA 30906
(706) 793-0716 • FAX (706) 793-3776

Customer
Order No. _____

Name ___ Mr. Clemmons

Address ___ 625 Pleasent Home Rd

In the Pine Apt 254

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | # 869-0581 |
|---------|------|--------|--------|----------|-------------|----------|------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | Schrunk; Repaired as Est. and Repaired | 775. | 3 |
| | Mirror frame - Repaired | 80 | 2 |
| | | | |

All claims and returned goods MUST be accompanied by this bill. A service charge of 1½% per month will be charged on all invoices c/er 30 days.

TAX

45360  Received By

TOTAL

FONVILLE PRINTING COMPANY — HEPHZIBAH, GA 30815    19842-AL

(23)

LAW OFFICES

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AE)

International Law Offices
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

November 9, 1994

Samuel L. Clemmons
625 Pleasant Home Rd. #254
Augusta, GA  30907

Dear Samuel:

Enclosed please find a Special Power of Attorney.  Please have your signature notarized and return this document to me.  As this Special Power of Attorney states, you are appointing me to resolve all claims that you have with the United States Army, including, but not limited to, the signing of any documents relating to same.

If you have any questions regarding the above, please contact me.

With kindest personal regards, I remain,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:sdj
Enclosure

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991

