# SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That I, SAMUEL L. CLEMMONS, residing at 624 Pleasant Home Rd. #254, Augusta, County of Richmond, State of Georgia, do hereby nominate, constitute, and appoint CHUCK R. PARDUE, Attorney at Law, residing at 563 Greene Street, Augusta, County of Richmond, State of Georgia, my true and lawful attorney-in-fact, for me and in my name, place, and stead, and for my use and benefit:

To do all things necessary to resolve my claim with the United States Army, to include but not limited to signing documents for same. Also to bargain and agree to settle, and in any and every way and manner deal in and with the settlement of this case. And also for me and in my name, and as my act and deed, to sign, seal, execute, deliver, and acknowledge such documents, releases and bonds and such other instruments in writing of whatsoever kind and nature as may be necessary or proper in association with said claim of the United States Army.

GIVING AND GRANTING unto my said attorney-in-fact full power and authority to do and perform every act necessary, requisite, or proper to be done in and about the settlement of this case as I might or could do if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto signed my name this _31_ day of ___November___, 1994.

_____
SAMUEL L. CLEMMONS

## ATTESTATION

Signature acknowledged in the presence of:

_____
Witness

_____
Witness

## ACKNOWLEDGMENT

STATE OF GEORGIA          )
                          )
COUNTY OF RICHMOND        )

The foregoing instrument was acknowledged before me this _21st_ day of ___November___, 1994, by SAMUEL L. CLEMMONS.

_____
Notary Public, State of Georgia
My Commission Expires:

(SEAL)    Notary Public, Gwinnett County, Georgia.
          My Commission Expires May 12, 1998

INITIALS

_____

_____

_____



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT MCPHERSON
FORT MCPHERSON, GEORGIA 30330-5000



REPLY TO
ATTENTION OF

**09 DEC 1994**

Office of the Staff Judge Advocate

SUBJECT:  Claim No. 95-271-0001

Mr. Samuel L. Clemmons
501 Preston Lane Drive
Tucker, Georgia  30084

Dear Mr. Clemmons:

Your request for reconsideration was approved in the amount of $625.00 under the provisions of Army Regulation 27-20, Chapter 11, implementing Title 31, United States Code, Section 3721.  A voucher was forwarded to the Finance and Accounting Office for issuance of a check in that amount.  You should receive a check from the Finance and Accounting Office within two to three weeks.

If you are contacted by or receive a check from a carrier or warehouse firm who handled your property, contact this office promptly.  In the event that you have missing items from your shipment and they are found, notify this office promptly, specifying the items recovered.

If you have any questions, you may contact this office at (404) 752-3858.

I regret your loss and the inconvenience incurred by you as a result of this service-connected incident.

Sincerely

Audrius J. Kirvelaitis
Captain, U.S. Army
Claims Judge Advocate

26

LAW OFFICES

# PARDUE & MASSEY

uck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AZ)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

December 14, 1994

Department of the Army
Headquarters
U.S. Army Signal Center and Fort Gordon
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5280
Attm:  Allan T. Downen
      Chief, Claims Branch

Re:   **1LT Samuel L. Clemmons, 94-281-0925**

Dear Mr. Downen:

     Enclosed please find a copy of a Power of Attorney from Samuel L. Clemmons authorizing me to resolve his claim with the United States Army.

     If you have any questions, please contact me.

               With kindest personal regards, I remain,

               PARDUE & MASSEY

               Chuck R. Pardue
               Attorney at Law

CRP:sdj
Enclosure

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991







**DEPARTMENT OF THE ARMY**
HEADQUARTERS U.S. ARMY SIGNAL CENTER AND FORT GORDON
FORT GORDON, GEORGIA 30905-5000

**12 JAN 1995**

REPLY TO
ATTENTION OF

Office of the Staff Judge Advocate

SUBJECT:  Order Not to Reenter the Reservation


Mr. Samuel Clemmons
625 Pleasant Home Road, #254
Augusta, Georgia 30907

Dear Mr. Clemmons:

   You are hereby ordered not to reenter the limits of Fort Gordon, Georgia, a military reservation under the jurisdiction of the United States.

   If you are found within Fort Gordon you will be subject to federal prosecution for violation of Title 18, United States Code, Section 1382, which states:

   "Whoever, within the jurisdiction of the United States, goes upon any military . . . installation for any purpose prohibited by law or lawful regulation; or Whoever reenters or is found within any such . . . installation, after having been . . . ordered not to reenter by any officer or person in command or charge thereof--Shall be fined not more than $500 or imprisoned not more than six (6) months, or both."

   This action is a result of your misconduct in June, 1994. Investigation revealed that you submitted a false claim to the Fort Gordon Claims Office, in violation of Title 18, United States Code, Section 287.  This type of misconduct is prejudicial to the good order and discipline of the military and will not be tolerated on Fort Gordon.

   This exclusion order is effective upon receipt.  If, after the effective date of this order, any reason arises which would justify a modification or termination of its terms, you should submit a request to Commander, U.S. Army Signal Center and Fort Gordon, ATTN:  ATZH-JAM, Fort Gordon, Georgia 30905-5280.

                              Sincerely,

                              Douglas D. Buchholz
                              Major General, U.S. Army
                              Commanding General

LAW OFFICES

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AZ)
Kristina M. Anderson (SC)

*INTERNATIONAL LAW OFFICE*

*Of Counsel:*

Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)

April 14, 1995

Samuel Clemmons
501 Preston Lake Drive
Tucker, GA 30084

Dear Samuel:

Enclosed please find a copy of a letter that we recently received from the Department of the Army regarding your claim.

If you have any questions, please do not hesitate to contact me.

With kindest personal regards, I remain,

PARDUE & MASSEY

Chuck R. Pardue

Chuck R. Pardue
Attorney at Law

CRP:sdj
Enclosure

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991



Case 1:05-cv-02252-RCL   Document 14-2   Filed 04/27/2000   Page 6 of 27



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
INDIANAPOLIS CENTER
INDIANAPOLIS, INDIANA 46249-0001

JAN 1 9 1996

Directorate for Debt
and Claims Management                    SSAN:  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


SAMUEL L CLEMMONS
501 PRESTON LAKE DRIVE
TUCKER GA  30084

Dear Mr. CLEMMONS:

    Reference your inquiry regarding your indebtedness to the
Department of Defense.

    A review of your account has been completed.  Your account
for overpayment of disability severance pay has been sustained.

    You were given disability severance entitlement in May 1994
of $45,770.40 for 104 months service.  Per your DD214, this
entitlement was adjusted in December 1994 to $20,342.40 for 48
months service.  The difference in the amount of State Income Tax
and Federal Income Tax withholding ($1,017.12 and $7,119.84) for
the corrected entitlement was then applied to your entitlements.

    The erroneous disability entitlement was deducted, causing
an overpayment of $17,291.04.  If you have received your DD215
showing any prior active federal service, please forward a copy
of that document to our office for review and possible adjustment
of your account.  Enclosed, please find copies of your May 1994
and June 1994 (final) Leave and Earnings Statements.

    If you have further questions regarding your indebtedness,
you may write to us at: DFAS-IN, DFAS-IN/FYCC, Mail Stop #242,
8899 E. 56th Street, Indianapolis, IN  46249-1422, or call our
toll free customer service number 1-800-510-7666.

                    Sincerely,


                    S. A. Scherer
                    C, Debt and Claims Adjudication Division
                    Directorate for Debt and Claims
                        Management


S-2/wm

LAW OFFICES

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (PA)
Paul Christian (GA)
L. Daniel Butler (GA)

*Of Counsel:*

Edward B. Stalnaker (GA)
Gregory D. Harlow (SC)

*INTERNATIONAL LAW OFFICE*

*Of Counsel:*

Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)

August 29, 1996

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, GA  30084

Dear Mr. Clemmons:

    As requested, enclosed please find a complete copy of your file.  If there is ever anything that Pardue & Massey can help you with in the future, please do not hesitate to contact us.

                        With kindest personal regards, I remain,

                        **PARDUE & MASSEY**

                        Chuck R. Pardue
                        Attorney at Law

CRP:sdj
Encl.

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901 unless otherwise stated*

| 563 Greene Street | 1117 Perimeter Center West | 1200 G Street, NW | Chui Prospect 114 |
| Augusta, GA 30901 | 5th Floor East | Metro Center, Suite 800 | Suite 450 |
| Telephone 706 722-1900 | Atlanta, GA 30338 | Washington, DC 20005 | Bishkek, Kyrgyz |
| Telecopier 706 722-0149 | Telephone 770 353-0705 | Telephone 202 434-8756 | Telephone 7 3312 281-417 |
| | | Telecopier 202 434-8707 | |

(31)

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

'ERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

January 8, 1997

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia    30084

Dear Mr. Clemmons:

This letter is simply to acknowledge receipt of your letter requesting my assistance with regards to your problems with the U.S. Army Reserves Personnel Center and to further advise you that contact has been made on your behalf. You will be notified when I receive a reply to my inquiry.

In order to expedite the handling of your case, please submit any additional information to me via my Jackson office at the address shown above. If you should wish to inquire before you hear from me again regarding the status of this inquiry, the phone number for my office is (601) 965-4646. A member of my staff will be pleased to assist you on my behalf.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr

32

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

MERCE, SCIENCE, AND TRANSPORTATION

RULES

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT,  MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

April 11, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia    30084

Dear Mr. Clemmons:

Your DD215 was received in this office and an inquiry was faxed to DFAS accompanied by a copy of this document.  I trust that this action will resolve you debt problems, however, will advise you further when I receive a reply from DFAS.  Your DD215 will be forwarded to you when this matter is finalized.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

245 East Capitol Street
Suite 226
Jackson, MS 39201

3100 S. Pascagoula Street
Pascagoula, MS 39567

#1 Government Plaza
Suite 428
Gulfport, MS 39501

P.O. Box 1474
Oxford, MS 38655

200 E. Washington Street
Suite 145
Greenwood, MS 38930

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

May 13, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia    30084

Dear Mr. Clemmons:

I am forwarding to you the response from the Defense Finance and Accounting Service which further details the results of my inquiry.  Also, enclosed is your original DD215, a copy of which was sent to DFAS,  as well as a copy of the disbursement statement of your account. Apparently, from your subsequent letter you have already been provided a copy of this statement and your letter was in reply to the figures on that statement.  Your letter rebutting these figures has been faxed to DFAS and you will be further advised when I receive a reply.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr
Enclosures

34



DEFENSE FINANCE AND ACCOUNTING SERVICE
DENVER CENTER
6760 E. IRVINGTON PLACE
DENVER, COLORADO 80279

May 5, 1997

Honorable Trent Lott
United States Senate
245 East Capitol Street
Suite 226
Jackson, Mississippi  39201

Dear Senator Lott:

    This is in response to your January 8, 1997, inquiry in
behalf of Samuel L. Clemmons, USAR, Separated, concerning his
indebtedness to the Department of Defense.

    The Special Actions Branch, Directorate of Debt and Claims
Management, Defense Finance and Accounting Service - Denver
Center (DFAS-DE/FYDB), advises that Mr. Clemmons' debt of
$17,291.04 has been canceled.  The cancellation is due to an
additional entitlement for Disability Severance Pay of 5 years
and 6 months.

    Mr. Clemmons is entitled to further pay of $5,533.13.
Enclosed is a DFAS-DE Form 0-641 (Statement of Military Pay
Account), showing a breakdown of his entitlements, deductions,
and payments for May 1-3, 1994.

    If Mr. Clemmons has not received his check within 30 days
from the date of this letter, he should contact Ms. Marsha
Porter, at the DFAS-Indianapolis Center (DFAS-IN/FJC), by calling
(317) 543-7427.  Ms. Porter's office will also issue a TD Form
W-2 (Wage and Tax Statement), for 1997, by January 31, 1998.

    Please advise Mr. Clemmons that his account was recalled
from the commercial credit bureaus with whom DFAS-DE/FYDB reports
information to on April 28, 1997.  Mr. Clemmons should be advised
that it takes time for these agencies to receive and pass along
the information to their credit network.  If Mr. Clemmons should
encounter any credit difficulties as a result of their report,
DFAS-DE/FYDB will gladly confirm the status of his account.  A
prospective creditor or Mr. Clemmons may call our toll free

2

number, 1-800-962-0648, or write to DFAS-DE/FYDC, 6760 East
Irvington Place, Denver, Colorado  80279-7500.

DFAS-DE/FYDB apologize for any inconvenience or undue
hardship this situation may have caused.

Sincerely,

Harvey B. Rice, Captain, USAF
Chief, Congressional Liaison/
   Performance Assessment Division
Directorate of Resource Management

Enclosures:
As stated

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

## United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

June 4, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia     30084

Dear Mr. Clemmons:

I received another reply from DFAS-Denver advising that additional information concerning the validity of your debt has been requested.  Your case will again be reviewed and at that time I will be further advised concerning the exact nature of your debt, etc.  You will be contacted again when I receive a reply.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr



DEFENSE FINANCE AND ACCOUNTING SERVICE
DENVER CENTER
6760 E. IRVINGTON PLACE
DENVER, COLORADO 80279

July 28, 1997

Honorable Trent Lott
United States Senate
245 East Capital
Suite 226
Jackson, Mississippi  39201

Dear Senator Lott:

    This is in response to your inquiry in behalf of Samuel L. Clemmons,
USA, Separated, concerning his entitlement to disability severance pay.

    The Special Actions Branch, Directorate of Debt and Claims Management,
Defense Finance and Accounting Service - Denver Center (DFAS-DE/FYDB),
advises that they have reexamined Mr. Clemmons' military pay account and
found it to be correct.  Mr. Clemmons separated on May 3, 1994, with
entitlement to disability severance pay; however, an audit of his pay
account in November 1994 erroneously determined he was only entitled to
disability severance pay for four years active service. (See columns 2 and 3
of the Adjustment 0-641 (Statement of Military Pay Account.)(enclosure 1))

    In our May 5, 1997, (enclosure 2) congressional response, we advised
Mr. Clemmons that his account was corrected to include credit for an
additional five years active service towards disability severance pay.  (See
columns 4 and 5 of enclosure 1).  Please advise Mr. Clemmons that he is not
due further pay.

    If further information is required, Mr. Clemmons may call their
customer service toll free number, 1-800-962-0648, between the hours of 7:00
a.m. and 4:00 p.m. mountain time, or he may write to DFAS-DE/FYDC, 6760 East
Irvington Place, Denver, Colorado 80279-7500.

                         Sincerely,

                         Harvey B. Rice, Captain, USAF
                         Chief, Congressional Liaison/
                            Performance Assessment Division
                         Directorate of Resource Management

Enclosures:
1.  Adjustment 0-641
2.  May 5, 1997

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

August 7, 1997

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

Mr. Samuel Clemmons
7533 South Peoria Street
Chicago, Illinois  60620

Dear Mr. Clemmons:

I received your latest letter and have discussed your problems with DFAS.  A request has been made that they contact you directly to try to resolve your problems.

I am enclosing with this letter the response from DFAS which states that you are not entitled to any further reimbursement.  I trust it will be helpful to you in understanding and resolving this matter.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr
Enclosures



**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

May 10, 2005

Claims Branch

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

Your letter of March 21, 2005 to the Commanding General of Fort Gordon has been provided to me for response. I am investigating the matters contained therein and will respond to you as soon as I have gathered the pertinent materials. I anticipate responding to you in about 30 days.

Please advise me as to whether you are represented by an attorney as I see from the information you provided that Mr. Chuck Pardue previously represented you on some of these matters.

Sincerely,

Allan T. Downen
Chief, Claims Branch

# PERSONAL STATEMENT

I, **Mary A. Rounds**, makes this statement in support of my son (Samuel L. Clemmons) business with Fort Gordon Reservation that during the month and year of June, 1994, I was in charge of handling his household goods from his military move (See the attached Special Power of Attorney).

While my son (Samuel L. Clemmons) was away on military business and family business, it was I and his spouse who assisted him in getting his moving claims processed and made such contact to Furniture Doctor in reference to the incorrect amount placed on his estimate claim regarding his bedroom set which included his bed, dresser, mattress and box spring.

I was told by a representative at Furniture Doctor that the amount and message will be given to the person who came out and it was my assumption that making such minor correction can be made due to the person who came out did not call in regarding his mistake on the estimate after being told the correction will be made.

If such correction could not be made or will not be corrected, we will not have pursue to continue to do business with such company. We would have contacted another venue to received another estimate on his damaged household items.

I was not contacted after placing such request nor was I contact by anyone from the Criminal Investigation Division (CID) as stated in Colonel John H. Belser's letter dated June 10, 2005

I am providing my son with all support documentation to assist in showing his attendance at the time his claim was submitted. This should assist Fort Gordon and others that my son was too occupied to entertain any issues of his claim and that such actions against him is not warranted.

Respectfully yours

*Mary A. H. Rounds*

Mary A. Rounds

*State of Mississippi*
*County of Lincoln*
*Sworn to & subscribed before me on this*
*the 27th day of July 2005*
*Gloria Ratliff*
*Notary Public*

*my Commission*
*Expires: 7/30/06*

_Mary A. Rounds_

**Sign your name above the line as Mary A. Rounds**

**Return this form to me in the self address stamp envelope**

## SPECIAL POWER OF ATTORNEY
### to Receive or Take Possession of Personal and Household Property

**KNOW ALL PERSONS BY THESE PRESENTS:**

That I, _SAMUEL L. CLEMMONS_ , Social Security Number _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_ , of the State of _GEORGIA_ , do hereby appoint _MARY A. LOUDS OR MICHAEL C. HANEY_ presently of _BROOKHAVEN, MS OR_ , as my true and lawful attorney-in-fact to do the following in my name and in my behalf: _625 PLEASANT HOME ROAD, # AUGUSTA, GA_

To accept delivery of, receipt for, and/or clear through customs, my Household Goods and/or Unaccompanied Baggage, and to execute any document, release, voucher, receipt, shipping ticket or other instrument necessary or convenient for such purpose.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

Unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on _2 JUNE 95_ .

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of a Notary Public witnessing it at my request this date, _2 JUNE 95_ .

_____ (L.S.)
WITNESS

PRINTED NAME & SSN: _SAMUEL L. CLEMMONS 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_

GEORGIA

RICHMOND

I, the undersigned, certify that I am a duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL L. CLEMMONS_ , who is known by me to be the person who is described herein, whose name is subscribed to, and who signed this Power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposes herein set forth.

**IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal on**

_2, JUNE 1995_

_____
Notary Public

My Commission Expires: _16 Feb 96_

_(seal: JACQUELYN E. McGRADY NOTARY PUBLIC RICHMOND COUNTY, GA)_

(43)

## SPECIAL POWER OF ATTORNEY
### to Receive or Take Possession of Personal and Household Property

**KNOW ALL PERSONS BY THESE PRESENTS:**

That I, *Samuel L. Clemmons*, Social Security Number *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*, of the State of *Georgia*, do hereby appoint *Tanya R. Clemmons*, presently of *3144 N. 46th St. Milwaukee, WI*, as my true and lawful attorney-in-fact to do the following in my name and in my behalf: *625 Pleasant Home Rd, Augusta, GA*

To accept delivery of, receipt for, and/or clear through customs, my Household Goods and/or Unaccompanied Baggage, and to execute any document, release, voucher, receipt, shipping ticket or other instrument necessary or convenient for such purpose.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

Unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on *2 June 96*.

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date, *2 June 94*.

_____
**WITNESS**

_____ (L.S.)

PRINTED NAME & SSN: *Samuel L. Clemmons, 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*

GEORGIA

RICHMOND

I, the undersigned, certify that I am a duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared *Samuel L. Clemmons*, who is known by me to be the person who is described herein, whose name is subscribed to, and who signed this Power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposes herein set forth.

**IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal on**

_____

Notary Public, Richmond County, Georgia
My Commission Expires March 23, 1998

Notary Public _____    My Commission Expires: _____

LAW OFFICES

# SHIRLEY ALLEN CUNNINGHAM, JR.

SHIRLEY ALLEN CUNNINGHAM, JR.

JERRY L. HARRIS

ROSANNA L. PEACE

3101 RICHMOND ROAD, Suite #304
LEXINGTON, KENTUCKY 40509-1526

(606) 268-9223
FAX (606) 266-9283

MAILING ADDRESS
P.O. BOX 772
GEORGETOWN, KENTUCKY 40324

100 SOUTH BROADWAY
GEORGETOWN, KENTUCKY 40324
(502) 868-9223
FAX (502) 863-5106

March 22, 1994

Ms. Mary Rounds
1204 Rance Drive
Brookhaven, Mississippi 39601

Mr. Samuel L. Clemmons
625 Pleasant Home Road
Augusta, Georgia 30907

Dear Ms. Rounds and Mr. Clemmons:

After careful investigation and consideration, we have
determined that we will not be able to represent you in the
case involving Amanda Rounds, due to the distance and time
involved.

I would suggest you contact another attorney as soon as
possible. If you are having difficulty finding an attorney,
you might call the Kentucky Lawyer Referral Service at
1-800-899-4529.

Thank you for consulting our firm. Our best wishes are
extended to you in your pursuit of this matter.

Very truly yours,

Gerry L. Harris

GLH/jw

LAW OFFICES

# SHIRLEY ALLEN CUNNINGHAM, JR.

SHIRLEY ALLEN CUNNINGHAM, JR.

ERRY L. HARRIS

ROSANNA L. PEACE

3101 RICHMOND ROAD, Suite #304
LEXINGTON, KENTUCKY 40509-1526

(606) 268-9223
FAX (606) 266-9283

P.O. BOX 772
100 SOUTH BROADWAY
GEORGETOWN, KENTUCKY 40324
(502) 868-9223
FAX (502) 863-5106

April 15, 1994

Ms. Mary Rounds
1204 Rance Drive
Brookhaven, Mississippi 39601

Mr. Samuel L. Clemmons
625 Pleasant Home Road
Augusta, Georgia 30907

Dear Ms. Rounds and Mr. Clemmons:

Enclosed is a copy of an invoice from Ruark, Hulette &
Arnett for services performed in Union District Court in
assisting us with our attempt to gain access to the juvenile
files in the above matter.  We would appreciate your
reimbursing us for this expense as soon as possible.

Very truly yours,

Gerry L. Harris

GLH/jw

Enclosure



LAW OFFICES OF

## RUARK, HULETTE & ARNETT

107 SOUTH MORGAN STREET

POST OFFICE BOX 419

MORGANFIELD, KENTUCKY 42437

SIDNEY H. HULETTE
STEPHEN M. ARNETT

OF COUNSEL
J. D. RUARK

(502) 389-1466
TELECOPIER (502) 389-1468

April 29, 1994


Mr. Samuel Clements
625 Pleasant Home Road
Apartment 254
Augusta, Georgia 30907

          Re:  Amanda Rounds

Dear Mr. Clements:

          This  is  to  confirm  that we will meet with you and your
sister  and  mother, if available, on Friday, May 20, 1994, at 6:00
p.m.    We  will  be staying at the Radisson Suites Inn in Augusta.
It  would  be  more  convenient for us if we could just meet at the
Radisson  Suites  Inn.  You can contact me at the Radisson that day
if necessary.  The number there is 868-1800.

                         Yours very truly,

                         RUARK, HULETTE & ARNETT


                         Stephen M. Arnett

SMA:pg

LAW OFFICES OF

## RUARK, HULETTE & ARNETT

107 SOUTH MORGAN STREET

POST OFFICE BOX 419

MORGANFIELD, KENTUCKY 42437

SIDNEY H. HULETTE
STEPHEN M. ARNETT

OF COUNSEL
J. D. RUARK

(502) 389-1466
TELECOPIER (502) 389-1468

June 7, 1994

Mr. Samuel L. Clemmons
625 Pleasant Home Road
Apartment 254
Augusta, Georgia 30907

　　　　　Re:　Amanda Rounds

Dear Lynn:

　　　　　I have reviewed your sister's situation with my law partner who has also listened to the taped interview that I had with Amanda during my visit in Augusta. Based upon our discussions and our research, it appears that Amanda does have a cause of action against the Earle C. Clements Job Corps Center and its operator, Minact Corporation. I would expect to be filing this lawsuit in the United States District Court for the Western District of Kentucky. However, before we can file the lawsuit, you need to qualify as guardian. It is my understanding after having talked to an attorney in Augusta that you and your mother have decided that you should be appointed guardian in order to pursue this lawsuit for Amanda. As soon as you have qualified as guardian, I would appreciate you signing the enclosed contract. Please sign both copies, retain one for your records and return the other copy to my office in the enclosed self-addressed envelope. I will also need for you to return to my office a certified copy of the order appointing you as guardian for your sister. As soon as we have received these documents, I will then send a complaint which will need to be signed by you which will initiate our lawsuit.

　　　　　After you have received this letter and reviewed the documents, if you have any questions, please contact me. Your cooperation is very much appreciated.

　　　　　　　　　　Yours very truly,

　　　　　　　　　　RUARK, HULETTE & ARNETT

　　　　　　　　　　Stephen M. Arnett

SMA:pg

Enclosures

## EMPLOYMENT CONTRACT

I hereby retain and employ the law firm of RUARK, HULETTE & ARNETT, of 107 South Morgan Street, Post Office Box 419, Morganfield, Kentucky 42437, as my attorneys to prosecute or settle any claims that may arise due to an incident involving my sister, Amanda Rounds, which occurred on the 7th day of June, 1993.

In consideration for services rendered and to be rendered, I agree to pay my said attorneys a sum equal to 25% of whatever may be recovered without having to file a lawsuit, and 33-1/3% of whatever may be recovered after a lawsuit is filed. If a second trial or appeal is required, then they shall receive 40% of whatever may be recovered.

It is further agreed that, in addition to the above attorney fees, all expenses directly incurred to investigating or litigating these claims shall be paid by the undersigned client.

DATED this the _9TH_ day of June, 1994.

_____        _Samuel L. Clemmons_____

                                SAMUEL L. CLEMMONS

I hereby agree to the above and further agree to make no charge for services rendered unless recovery is had in the above claim and to make no settlement without consent of the claimant(s).

RUARK, HULETTE & ARNETT

By _Stephen M. Arnett_____

   Stephen M. Arnett

LAW OFFICES OF

## RUARK, HULETTE & ARNETT

107 SOUTH MORGAN STREET

POST OFFICE BOX 419

MORGANFIELD, KENTUCKY 42437

SIDNEY H. HULETTE
STEPHEN M. ARNETT
———
OF COUNSEL
J. D. RUARK

(502) 389-1466
TELECOPIER (502) 389-1468

June 21, 1994

Mr. Samuel L. Clemmons
625 Pleasant Home Road
Apartment 254
Augusta, Georgia 30907

Re:  Amanda Rounds

Dear Lynn:

I recently received the signed employment agreement from you. However, I did not receive a certified copy of the order appointing you as guardian for your sister's affairs. Please provide this certified copy to my office. I will be unable to file suit until I have received same. If there is any problem in obtaining this order, please advise.

Yours very truly,

RUARK, HULETTE & ARNETT

Stephen M. Arnett

SMA:pg

# DOUGLAS J. FLANAGAN AND ASSOCIATES, P.C.

### ATTORNEYS AT LAW

DOUGLAS J. FLANAGAN
HELEN W. YU
RICHARD T. PACHECO, II

3540 WHEELER ROAD • SUITE 514
AUGUSTA, GEORGIA,  30909
(706) 736-3020
FAX 736-3228

June 27, 1994

Mr. Samuel Clemmons
625 Pleasant Home Road
Apt 254
Augusta, Georgia 30907

RE: Amanda Rounds guardianship

Dear Mr. Clemmons:

Enclosed please find original paperwork filed in the Probate Court of Richmond County.  Because of the jurisdiction problem and the fact that Amanda has not been here for the statutory six month, we need to file the petition in probate court instead.  Please have your mother and sister sign where indicated and please also affixed your signature to the first page.

Our record reflects that the legal fees in this matter will be $380.00, plus any court cost associated with it.  Please make a payment as soon as possible.  Should you have any questions, please give us a call.

Sincerely yours,

Helen W. Yu
for the firm

enc. as stated