U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 27, 1997

Mr. Samuel Clemmons
7533 Peoria
Chicago, IL 60620

Dear Mr. Clemmons:

I am pleased to inform you that you attained a passing score on the first battery of tests for the Special Agent (SA) position. To continue your eligibility for consideration within the Special Agent Selection System (SASS), please complete the enclosed Application for Employment (FD-140). Send it to the Applicant Coordinator of your nearest FBI field office, within ten days from receipt of this letter.

Once your FD-140 application is received, your qualifications will be reviewed. Depending on the needs of the FBI, and your competitiveness for the SA position, you may be eligible for further consideration within the SASS. In this case, you would be contacted in the future to make arrangements for the structured interview and written simulation exercise, or if you are applying within one of the specialty programs, for the accounting test and/or foreign language examination.

Your standing in the pool of eligible candidates will be consistently monitored for competitiveness and the needs of the FBI. If your application has not moved forward in the SASS within one year from the date of your initial test, you will not be considered further. At that time, you would be notified of this by letter.

I encourage you to keep your local FBI field office advised of any address changes. In addition, if at any time in the future you believe that you have attained additional experience and/or education, which may increase your competitiveness for the SA position, you should submit an updated application. You will not be required to retake the first battery of tests under the current SASS.

Your interest in the Special Agent position is appreciated.

Sincerely yours,

Roger H. Wheeler
FBI Personnel Officer

Processing field office: CG
067-HQ-1223273
Date tested: 10/15/1997



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

219 S. Dearborn, Room 905
Chicago, Illinois  60604
December 23, 1997

Dear Special Agent Candidate,

    Congratulations on your accomplishment in passing Phase 1 of the Special Agent process.  You have been selected to participate in the Phase 2 process involving an interview before three Special Agent assessors and a written exam involving a practical problem.

    You are scheduled to be in Cleveland, Ohio, the regional site of Phase 2 on _See attch_.  Please wear the appropriate business and professional attire.

    The following information is set forth below:

    Place:  Renaissance Hotel
           24 Public Square
           Cleveland, Ohio (downtown)
           Telephone 216/696-5600
           See Cleveland transit map - exit at
           Tower City (Stop D)

    Interview Site:  4th Floor of Hotel

    Contact Person:  Special Agent Doug Hoffner
                      Cleveland FBI
                      Telephone 216/622-6685

    All are requested to keep all receipts including airline coupon and parking at O'Hare Airport receipts and forward these in an envelope addressed to:

        SA Keith F. Killacky, FBI, Room 905
        219 South Dearborn, Chicago, Illinois  60604

89

     Do not hesitate to contact me or Staffing Assistants Leonie Schultz or Donna Furlan regarding the above. Please contact my voice mail upon receipt of this ticket package.

Sincerely,

SA Keith F. Killacky
Applicant Coordinator
FBI-Chicago Division
(312-786-3019)

90

### FEDERAL BUREAU OF INVESTIGATION #3150

3150060216

3150060216

| VENDOR NO. | VENDOR NAME | DOCUMENT AMOUNT |
|---|---|---|
| 0422006671CG | SAMUEL CLEMMONS | 49.50 |

| DATE | DOCUMENT NO. | VOUCHER NO. | DRAFT AMOUNT |
|---|---|---|---|
| 03/26/98 | #EXPC690/000/015 | | 49.50 |

ASA    TRIP TO CLVD, OH PHASE 2 INTERVIEW 3/2/98 RN1710305



**FEDERAL BUREAU OF INVESTIGATION #3150**
U.S. DEPARTMENT OF JUSTICE
219 DEARBORN STREET, ROOM 905  PH. 312-431-1333
CHICAGO, IL 60604

MELLON BANK N.A.
GLOBAL CASH MANAGEMENT
PITTSBURGH, PA 15258
60-160/433

3150060216

3150060216

| DATE | AMOUNT |
|---|---|
| 03/26/98 | $*********49.50** |

PAY TO THE ORDER OF:

FORTY-NINE DOLLARS FIFTY CENTS

SAMUEL L CLEMMONS
3150

VOID AFTER 180 DAYS
NOT VALID OVER $10,000.00

Michael J. LaMantia

⑈3150060216⑈ ⑆043301601⑆ 911⑈3909⑈

91



EXHIBITS OF EVIDENCE FOR THE COURTS TO SEE OTHER ATTEMPTS MADE BY THE PLAINTIFF AGAINST ANY OF THE DEFENDANTS' STATEMENTS

APPROX: 11 PAGES OF PROOF

92

# CITY OF GLENDALE
## POLICE TRAINEE SELECTION PROCESS

Thank you for your interest in the City of Glendale Police Trainee position. The following information explains the steps that you will be taking in the selection process for this position. The same process is followed for applicants for the position of Reserve Police Officer.

1. **Applications**

    The application you have obtained needs to be returned to the City of Glendale Human Resources office, at 5850 West Glendale Avenue. Applications may be returned Monday through Friday, 8:00 a.m. to 5:00 p.m.

    Upon return, your application will be screened for accuracy, completeness and minimum qualifications.

    <u>Minimum Qualifications:</u>   You must be at least 21 years old at the time of appointment.
    You must be a high school graduate or equivalent.

    If you meet the minimum qualifications, you will be invited to take a written test.

2. **Written Test**

    If you are invited to take the written test, a study guide will be mailed to you approximately two to three weeks prior to the test date. Written tests will be scheduled as sufficient numbers of applications are received. Applicants will be invited to test only one time per year. At least one year must have passed before you will be invited to test again. Those who tested in February of 1996 may not test again until February of 1997. Those who tested in May, 1997 may not test again until May, 1998.

3. **Physical Ability**

    Those applicants passing the written test who have police experience, and/or who are APOST certified, and/or who have completed at least 60 credit hours of college course work, will be invited to take the physical ability test. The physical ability test will be given immediately following the written test. Those applicants who pass the written test, but do not have one of the stated preferences will not be invited to take the physical ability test at that time. Their names will be placed on an eligibility list, and they may be called at a later date. All reserve applicants who pass the written test will be invited to take the physical ability test.

4. **Oral Board**

    If you pass the physical ability test, you will be scheduled for an oral board.



# GLENDALE

# EMPLOYMENT APPLICATION

Human Resources Department
5850 W. Glendale Ave.
Glendale, Arizona 85301
24 hr. Job Information Line (623) 930-3699 • Fax (623) 435-5347
www.ci.glendale.az.us

For application to be considered, you MUST: 1) type or print all answers; 2) supply all requested information, **resumes may only serve as a supplement**: 3) not falsify the application in any way; 4) provide comprehensive employment information, including volunteer work. The information you provide will determine your qualifications for employment or eligibility for evaluation.

## GENERAL INFORMATION

Position applying for: **Police Officer Trainee** SS#: _____

Name: _____ _____ _____
         (Last)                                          (First)                                        (Initial)

Address: _____ _____ _____
              (Street)                                          (City) (State)                                  (Zip)

Phone: ( ) _____ ( ) _____
              (Home)                                          (Message)

Are you currently a regular City of Glendale employee? Yes _____ No _____ Emp.# _____

No related employees may work within the same department or in certain sensitive positions. Your eligibility for some positions may be affected if you have relatives working for the City.
Are any of your relatives (marriage also), employed by the City of Glendale?

Yes _____ No _____  *If yes, please list their name(s) and Department(s) for which they work.

Name _____ Dept. _____

### POLICE POSITIONS ONLY

Are you a U.S. citizen?
Yes _____ No _____

Are you age 21 or over?
Yes _____ No _____

---

I will accept (check all that apply)

REGULAR       TEMPORARY
___ Full-time    ___ Full-time
___ Part-time   ___ Part-time

SHIFT: 8:00 a.m. - 5:00 p.m. only ___
___ Evenings ___ Nights ___ Rotating
If appointed, when could you start work? _____

Do you have a legal right to work in the U.S.?
Yes ___ No ___
If yes, you will need to show proof of work eligibility to be employed. See back sheet for further information on this requirement.

Have you ever been convicted of any violations of federal, state, local or military law or statute?
Yes ___ No ___
If yes, explain in the space provided _____

*NOTE: CONVICTION IS NOT NECESSARILY A BAR TO EMPLOYMENT. EACH CASE IS CONSIDERED INDIVIDUALLY, BASED ON JOB REQUIREMENTS.*

Have you ever been terminated or forced to resign due to misconduct or unsatisfactory service?
Yes ___ No ___ If yes, please explain the circumstances _____

---

OFFICE USE ONLY

ACC ___    EXAM ___      CATEGORY _____     COMMENT _____

REJ ___    QAB ___

T&E ___    ELIG ___

(Handwritten overlay: "PRELIMINARY RECORD")

(94)



CITY OF CHANDLER
Human Resources Division
Mail Stop 703
P.O. Box 4008
Chandler, AZ 85244-4008

Mr. Samuel Clemens
1533 Raymond Rd.
#79
Jackson, MS
39204

39204X4200 13

---

CITY OF CHANDLER MISSION STATEMENT

*"We are committed to serving Chandler's citizens through teamwork, understanding and dedication in a professional and responsive manner."*

## EMPLOYMENT INFORMATION

### BENEFITS

Chandler offers its full-time employees a benefit package that includes:

- City paid life, health and dental insurance
- Generous health insurance coverage for dependents
- State retirement programs
- Promotional opportunities
- Tuition assistance
- 10 paid holidays per year
- Industrial insurance
- 12 work days vacation (or more depending on classification) plus 12 days sick leave per year
- Deferred compensation
- Flexible spending account

### EQUAL OPPORTUNITY EMPLOYER

The City of Chandler is an Equal Opportunity employer and does not discriminate on the basis of race, religion, color, sex, national origin, age, handicap, or any other non-job related reason.

### REASONABLE ACCOMMODATION FOR HANDICAPPED APPLICANTS

You must advise the Human Resources Division at least 72 hours in advance of any testing if you require special accommodation during testing. Request for Accommodation forms are available from the Human Resources Division.

**HUMAN RESOURCE SYSTEMS**
CITY OF SCOTTSDALE
7575 E. Main Street #205
Scottsdale, AZ 85251

THE CITY OF SCOTTSDALE PROMOTES A DRUG AND ALCOHOL FREE WORKPLACE

EQUAL OPPORTUNITY EMPLOYER • 24 Hour Job Information (480)312-2395 • T.D.D. Job Information (480)312-2359 • Fax (480)312-7960 • Phone (480)312-2491

## EMPLOYMENT OPPORTUNITY

Excellence, Initiative, Integrity

# POLICE OFFICER TRAINEE

**Annual Salary:** $33,280.00
**Opening Date:** June 20, 1999
**Closing Date:** Ongoing

We have an exciting and challenging opportunity for those individuals who strive to protect life and property, to prevent and deter crime, enforce laws, and respond to citizens needs. We are seeking individuals who exhibit a history and characteristics of honesty, reliability, initiative, integrity, excellence and personal commitment.

### QUALIFICATIONS
This position requires a minimum of 60 college credit hours; coursework in Criminal Justice is preferred. A Bachelor's degree in Criminal Justice or a related field is desirable. Candidates must be 21 years of age and be a United States Citizen. Must possess a valid standard Arizona state driver's license with no major driving citations in the past 39 months. Requires the ability to become AZPOST certified and work a variety of scheduled shifts. Strong communication skills are critical, both verbal and written. Candidates must have the ability to prepare well-written reports, citations, affidavits and warrants. Strong interpersonal skills are vital, applicants must have the ability to deal effectively with the public in routine and emergency situations. Must have the ability to exercise sound independent judgement and act decisively in emergencies involving an element of personal danger.

### RESPONSIBILITIES
- Performs law enforcement patrol activities. Operates a motor vehicle; observes and monitors the public to determine compliance/noncompliance with laws and safety standards. Pursues offenders by patrol vehicle and on foot; stops offenders; subdues resisting offenders using necessary force where appropriate, including deadly force; issues citations and makes arrests; searches persons, places and things; seizes and impounds property and evidence; transports arrested persons and property; communicates in person, by radio and computer; mediates disputes; performs crowd and riot control activities; uses and maintains proficiency with a variety of law enforcement tools including handguns, batons and other weapons; prepares detailed written reports using a computer requiring visual and muscular dexterity.
- Conducts law enforcement investigations including: Protects crime and traffic accident scenes; conducts face to face and phone interviews; observes. Gathers. Records, processes and preserves evidence; measures and diagrams crime and traffic accident scenes; prepares detailed written reports of investigative findings; seizes and processes evidence; presents testimony and evidence in court.
- Performs public assistance activities including: Responds to citizen requests for assistance; responds to fires, accidents and crime scenes; administers first aid to sick and injured citizens for a wide variety of illnesses and injuries; assists distressed motorists and crime scene individuals; stands for long periods in all weather conditions directing traffic; physically moves person, vehicles and other property.

### ESSENTIAL FUNCTIONS
Applicants must have the ability to perform all police essential functions; act decisively in emergencies involving an element of personal danger; visually distinguish full range of color spectrum; make detailed reports of incidents using proper sentence structure, grammar and punctuation; safely operate a motor vehicle in a variety of situations, weather and times of day; read maps; work in situations involving body fluids, hazardous chemical, firearms, and various evidence; coordinate visual and muscular dexterity to operate a motor vehicle, radio, KDT, computer terminal; and operate and maintain proficiency of law enforcement tools including a handgun, baton, and other weapons; stand or sit for long periods of time; lift, carry and drag heavy objects up to 175 lb.; climb over and pulls up oneself over obstacles; climb 6 foot fences; jump down from elevated surfaces; climb through openings; jump over obstacles, ditches and streams, crawl in confined areas; balance on uneven or narrow surfaces and use body force to gain entrance through barriers; measure and make calculations of crime/accident scenes; observe and monitor behavior to determine compliance. Attendance and punctuality are essential functions.

### SELECTION PROCESS
Applications are reviewed according to education, training, experience, and quality of content. Top qualifying candidates may be invited to test further (written test, physical agility tests, writing exercise, panel interview, and extensive background check) based on department necessity and applicant performance. **Employment is contingent upon successful completion of a pre-employment alcohol/drug test. This test is to determine the presence of alcohol and/or illegal drugs, unauthorized prescription drugs (it is illegal to use another person's prescription drug) in your system.**

JOB POSTING #9100PM/tb                                                Classified   (Rev. 06/99)

**We are an Equal Opportunity/Reasonable Accommodation Employer.**

Case 1:06-cv-02363-RCL    Document 14-5    Filed 04/27/2006    Page 10 of 17

# POLICE OFFICER RECRUIT

*City of Tempe * Human Resources Dept * 20 E. Sixth Street * Tempe, AZ 85281 * (602) 350-8276 * (602) 350-8400 TDD*

## NOTICE

### POLICE OFFICER RECRUIT APPLICANTS
### PLEASE READ THIS INFORMATION CAREFULLY!

➤ **YOUR WRITTEN EXAM TEST DATE IS <u>Friday, October 1, 1999</u>**, in the Tempe Police Auditorium (see map on back).

➤ The exam will begin at **<u>4:00 p.m.</u>** and will last approximately 4 hours. Please do not apply unless you can take the exam at this time.

➤ <u>**THERE IS NOT A STUDY GUIDE!**</u>

➤ Experience and Training requirements for this position are listed on the accompanying flyer. NOTE: <u>You must be 21 at the time of application</u>.

➤ *The application and pink bubble sheet must be fully completed and turned in when you check in for the written exam.*

➤ Appear for the written exam on October 1, 1999, in the Tempe Police Auditorium. If you do not show up for your scheduled exam, you will be required to fill out another application form the next time you apply and you <u>will not</u> be able to participate in this selection process. **If at the time of application you are certain you will not be able to make your exam time, please return this packet to the Human Resources receptionist, and re-apply another time.** Since only a limited number of applications are distributed each time we test, this will allow someone else who <u>can</u> attend the chance to participate.

➤ Physical Agility testing will be on Saturday, October 2, 1999.

➤ Interviews will begin on Monday, October 4, 1999.

➤ Anyone participating in an examination <u>must wait at least 90 days from the date of the completion of the examination before re-testing for Police Reserve OR Police Recruit and cannot take the same test more than three times within 12 months</u>.

➤ If you are claiming veteran's or disabled veteran's preference points, you must provide a copy of your DD214 or verification at the TIME OF CHECK-IN for the written examination. If, due to some physical or mental impairment you will require accommodation in order to complete this type of test, please contact Human Resources at (602) 350-8276 at least 48 hours prior to your scheduled time.

(98)

April 7, 1999

Dear Applicant:

We are in the process of starting a Patrol Training School in the near future. Orientation and the written examination are the first steps in the selection process. A study booklet is enclosed to help you prepare for the written examination.

If you have previously taken and passed the written examination for either a LE-Agent I or a Mississippi Bureau of Narcotics Agent, you need to contact me immediately upon receipt of this letter. You may not be required to retake the written examination, but you will be required to attend orientation.

You will also need to complete the enclosed rider that addresses Public Law 104-208 passed by the 104th Congress, Second Session, that became effective September 30, 1996, and present it to the test monitor prior to taking the written examination.

We have made an appointment for you to be tested by the Mississippi State Personnel Board to determine your eligibility for employment with the Mississippi Highway Patrol.

Present this letter to the test monitor when you report as herein directed:

| | |
|---|---|
| **LOCATION:** | Mississippi Law Enforcement Officers' Training Academy<br>3791 Highway 468 West<br>Pearl, Mississippi 39208<br>**(See attached map)** |
| **DATE:** | April 24, 1999 |
| **TIME:** | 7:30 a.m. |

<u>You should arrive at the test site at least 15 minutes prior to the scheduled starting time. You must present this letter along with a picture ID to the test monitor in order for you to be tested on the above date.</u>

Sincerely,

*Douglas Stewart, Jr.*

Douglas Stewart, Jr., Lt. Colonel
Personnel Director

DS/lm

Attachments




# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

### MISSISSIPPI HIGHWAY SAFETY PATROL
Post Office Box 958
Jackson, Mississippi 39205
(601) 987-1212

Samuel Clemmons        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

Dear Applicant:

The Mississippi Highway Patrol is starting a Patrol Cadet Class. If you wish to be considered further, submit the information checked below immediately to:

> Personnel Officer
> Mississippi Highway Safety Patrol
> P.O. Box 958
> Jackson, MS 39205.

YOUR FAILURE TO FURNISH THE REQUESTED INFORMATION BY ___4-24-99___ WILL INDICATE TO US THAT YOU ARE NO LONGER INTERESTED.

Sincerely,


Douglas Stewart, Jr.
Personnel Officer

PLEASE SUBMIT THE FOLLOWING INFORMATION:

( ) Our enforcement personnel must be willing to accept assignment or transfer to any part of Mississippi. You have indicated you are not willing to make this agreement. We cannot further consider your application until you give us a letter stating you are willing to accept assignment or transfer to any part of Mississippi.

( ) A letter from your doctor advising whether, in his opinion, you could fully participate in our very strenuous cadet school. We make special reference to

( ) Complete the enclosed State Personnel Experience and Training Record. (DO NOT MAIL TO STATE PERSONNEL BOARD.)

( ) The fingerprints you submitted are not acceptable because:
    ( ) Not suitable for comparison.
    ( ) Information on card is incomplete
    ( ) Not taken on APPLICANT card.

( ) An official college transcript showing degree and date conferred.

( ) An official transcript of your high school record showing graduation date or a GED certificate.

( ) Complete notarized applicant's affidavit.           ( ) Certified copy of your birth certificate.

( ) Complete notarized Authority to Release Information.  ( ) A recent, full face photograph.

( ) Two APPLICANT fingerprint cards with your fingerprints.  ( ) Sign and return application.

( ) Certified copy of your military discharge (DD-214).   ( ) The name and addresses of ( ) references.

( ) All addresses for the past ten years and dates lived at each.   ( ) Complete attached form regarding prior employment

( ) Complete the attached report of medical history.   ( ) The name and address of ( ) social acquaintances.

(✓) Other  Application

**EQUAL OPPORTUNITY EMPLOYER**

COURTESY            SERVICE            SAFETY

May 18, 1999

Samuel L. Clemmons, Jr.
438 North Mill Street
Jackson, MS 39202

Dear Applicant:

As a result of your obtaining the score of 86 on the written examination for the position of DPS-Highway Patrol Officer:

☐ You are not being considered further for the next cadet training class.

☒ You are being considered further for the next cadet training class.

If you are not being considered further and wish to be reconsidered for a future cadet training class, you will need to make a written request to the Personnel Director, at Post Office Box 958, Jackson, Mississippi 39205.

    I appreciate your interest in employment with this agency.

Sincerely,

Lt. Col. Douglas Stewart, Jr.
Personnel Director

DS/lm

SAMUEL L CLEMMONS,JR
438 NORTH MILL ST
JACKSON          MS
                    39202

Dear Applicant:

You have been scheduled for a physical examination as part of the selection process for Cadet Class 54. You are directed to report as indicated below.

    **PLACE:**    Mississippi Law Enforcement Officers
                    Training Academy
                  3791 Highway 468 West
                  Pearl, MS 39208

    **DATE:**     June 26, 1999

    **TIME:**     7:30 a.m.

Any questions you may have in reference to the physical examination should be addressed to the personnel director.

                                            Sincerely,

                                            Douglas Stewart, Jr., Lt. Colonel
                                            Personnel Director

DS/lm

June 27, 2000

SAMUEL L CLEMMONS, JR
1533 RAYMOND ROAD, APT 79
JACKSON            MS
                   39202

Dear Applicant:

    Oral interviews will be conducted for Highway Patrol Cadet Class 55. You will need to report as indicated below:

**PLACE:**   Department of Public Safety/Mississippi
        Highway Safety Patrol
    1900 East Woodrow Wilson
    Jackson, Mississippi 39216

**DATE:**

**TIME:**   07/06/2000

       11:00

Please arrive 15 minutes prior to the interview. Applicants who do not report for oral interview as scheduled will not be considered further for Cadet Class 55.

                Sincerely,

                *Douglas Stewart, Jr.*

                Douglas Stewart, Jr., Lt. Colonel
                Personnel Director

DS/lm

# Jackson Police Training Academy

Jackson, Mississippi

This is to certify that

SAMUEL L. CLEMMONS

has completed the curriculum for

BASIC LAW ENFORCEMENT CLASS #13

Conducted by the Training Division of the Jackson Police Department

From 5/14/90 to 7/13/90 and in Recognition Is Awarded This Diploma

_____
Director of Training

_____
Chief of Police