## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**SAM L. CLEMMONS**

        Plaintiff(s),

vs.         **Civil Case No.  05-2353 (RCL)**

**U. S. ARMY CRIME RECORDS CENTER**

        Defendant(s).

## NOTICE REGARDING EXHIBIT

This Notice serves as notification that Exhibit number 7 contains a microcassette which was filed in the Clerk's Office and is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                       **NANCY MAYER-WHITTINGTON**

                                       Clerk