# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CASE NUMBER: 1:05CV02353

SAM L. CLEMMONS

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA/PRIVACY ACT
DATE STAMP: 12/08/05

     PLAINTIFF PRO SE

Motion Request

V

U.S. ARMY CRIME RECORDS CENTER

**May 9, 2006**

     DEFENDANT

---

## 2nd ADDENDUM TO MOTION REQUEST FOR SUMMARY JUDGEMENT, MOTION REQUEST TO SUBPOENA DUCES TECUM AND TO MAINTIAN MOTION REQUEST FOR SUMMARY JUDGEMENT BY DEFAULT.

Comes Samuel Lennious Clemmons, Jr. file this 2nd ADDENDUM to the pervious **MOTION** requests to have the following documents corrected for the record and to add an additional set of documents to the record. These documents will show and prove to the courts or jury troubles with the Defendant's sisters or brothers agencies or companies responsible for negligence abuse of the Plaintiff's personal information. They should advise and inform the Defendant that identity theft and identity fraud is a serious crime and is rated as the number 1 highest rated crime in America.

# RECEIVED

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff would like to resubmit the following pages for clarity: Page numbers 6a, 7, 19, 20, 21, 22, 23, 97, and 105.

Pages to add behind pervious pages number 58 and 59 submitted are pages 58a, 58b, 59a, 59b, 59c, 59d, and 59e to gather a better understanding of all the exhibits submitted.

The Plaintiff would like to add or have **Appendix I** attached to the other exhibit of information. This appendix I will provide documentation of proof if such communication did exist between the Defendant and the Department of Justice (DEA) as the Defendant so stated to the court.

The Plaintiff expresses to the courts there must have been a collaboration efforts between the Criminal Investigation Command (CID) and the Department of Justice (DEA). This appendix of information should show a cover up of information or an intentional act to withhold and hide information from a member of congress upon the congressman's requests to the Department of Justice (DEA) to release **all** of the Plaintiff's record and private information to his office.

As the court can see by this letter dated July 24, 2002 signed by C.J. Kasch, Deputy Assistant Administrator, at the Office of Personnel. The Defendant's partner communication is invasive, misleading, unethical and not in accordance with the Freedom of Information Act as well as the Defendant's actions

1 during this period of time in court in getting information

2 released.

3      If the Army Crime Record Center was contacted by the

4 Department of Justice (DEA) then why couldn't the Army Crime

5 Record Center provide the Congressman with the information

6 requested under the Freedom of Information Act?

7      Regardless of the paragraph stated above, why couldn't the

8 Department of Justice (DEA) turn over the information they

9 received from the Army Crime Record Center if such information

10 was truthful and legit under the Freedom of Information Act?

11 Regardless of what excuses the Defendants may give it shows and

12 reveal FRAUD in the end.

13

14                          Respectfully submitted,

15

16                          Sam L. Clemmons, Plaintiff Pro Se
                            548 Saint Charles Place
17                          Brookhaven, MS 39601

18   **Attachment:**

19
     (1)   Plaintiff's signed form for consent to proceed before
20         a United State Magistrate Judge for all purposes
     (2)   **Exhibit 1 - 4  (submitted)**
21   (3)   **Exhibit 4** (87 pages)
     (4)   Exhibit 5 (17 pages)(pages 88-104)
22   (5)   Exhibit 6 (6 pages) (pages 105 - 110)
     (6)   Exhibit 7 (cassette recording from Plaintiff's
23   telephone service from May - June 1994) This recording will
     express to the courts or jury there is no sign for urgency,
24   problems, etc concerning the Plaintiff's military claims)

25

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>9th day of May 2006</u> a copy of the MOTION 2nd Addendum to Defendant's Exhibits request has been served my first-class mail only to the following:

**<u>Court</u>**

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

**<u>Defendant' Counsel</u>**

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**<u>Witness to the Records</u>**

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

<u>May 9, 2006</u>
Date

Sam L. Clemmons,
Plaintiff, Pro Se

Sam L. Clemmons vs. United States Army Crime Records Center / U.S. Army CID



OFFICE OF THE STAFF JUDGE ADVOCATE
ATTN: AFZP-JA
FORT GORDON, GA 30905-5280

Mr. Samuel Clemmons
625 Pleasant Home Rd. #2
Augusta, GA 30907

FEB 10 '05
GA.

US POSTAGE
0 3 2

COURT

⑦

MILITARY PAY VOUCHER

VOUCHER NUMBER   600913

LAST NAME, FIRST, MI.          SOUNDEX     MPV TYPE          PAID BY
CLEMONS, SAMUEL L                MRN        PL220        CHARLES L PETEFISH
                                                         DISBURSING OFFICER
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                                VOU SRL NO   97/05/01
                                              003       5570
DATE EAD    TERM OF ENL   NO OF TX EXEMP   PAY PERIOD   FICA WAGES   TAX INCOME
                            MOS             94/05/03    $00.00       $8136.96
MONTHS PRORATED:                            94/05/03
ORGANIZATION & ADD: PL220

------------------------------------------------------------------------

REMARKS

        PL220 PAYMENT DUE UNDER TITLE 10
        USC SECTION 1552 FOR THE PERIOD OF
        940503
        CATEGORY 9

VOUCHER INPUT BY: JA          SYS-DCN: 971191509446825    WCD: MPATG

------------------------------------------------------------------------

| ENTITLEMENTS | CODE | AMOUNT | ALLOTMENTS | AMOUNT | AMOUNT |
|---|---|---|---|---|---|
| AMT UNPD LAST ACCT | 90 | | COLLECTION | | |
| BASIC PAY | YRS | | | | |
| 002 | 08 51 | | | | |
| SEPARATION PAY | 724 | $25428.00 | | | |
| | | | TOTAL ALLOTMENTS | 19 | $00.00 |
| | | | STATE TAX | (MS) X25 | $325.48 |
| | | | CASUAL PAY | 793 | $17291.04 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL ENTITLEMENTS | 951 | $25428.00 | FICA TAX WITHHELD | 29 | |
| TOTAL COLLECTIONS | X02 | $19894.87 | INCOME TAX WITHHELD | 21 | $2278.35 |
| AMOUNT DUE | 903 | $5533.13 | TOTAL COLLECTIONS | 902 | $19894.87 |
| AMOUNT PAID | 26 | $5533.13 | | | |
| AMOUNT UNPAID | | | | | |
| CARRIED FORWARD | 27 | | | | |

------------------------------------------------------------------------

TO DISBURSING OFFICER:  REQUEST PAYMENT OF ABOVE ACCOUNT WHICH I CERTIFY IS
TRUE AND JUST, AND CORRECTLY REFLECTS ALL PERTINENT FINANCIAL DATA CONCERNING
THE SERVICE MEMBER.  APPLICABLE STATEMENTS ON REVERSE MADE A PART HEREOF.
SIGNATURE OF CERTIFYING OFFICER   TYPED NAME OF CERTIFYING OFFICER     DATE
PORTER MARSHA T                   CHARLES L. PETEFISH        0515    97/04/30
                                        SIGNATURE OF PAYEE(OR CHECK NO)
[ CEIPT OF AMOUNT SHOWN AS PAID IS ACKNOWLEDGE    98728463
DN 2139

④

# HAVERTY FURNITURE COMPANIES, INC.

**HAVERTY'S**
*SINCE 1885*
*Makes it Home!*

HAVERTY'S-ATLANTA
5849 Peachtree Rd.
Chamblee GA 30341

| CONTROL NO. | |
|---|---|
| RESERVATION NO. | 443123 |

BRANCH: 11-NORTHLAKE
(404)491-0536

SALESPERSON(S): 11/346 MORRIS

SALE TYPE: CHARGE          DATE: 7/19/94          CASHIER: 473          DEPUTY

| ACCOUNT NO.: 5714696 | TELEPHONE(S): |
|---|---|
| NAME: SAMUEL L CLEMMONS | HOME: (404)493-3972 |
| ADDRESS: 501 PRESTON LAKE | OFFICE: (404)346-1111 |
| PRESTON LAKE APTS #501 | |

CITY: TUCKER          COUNTY: DK          STATE: GA          ZIP: 30054

DATE:          THANK YOU FOR SHOPPING AT HAVERTY'S !!!
BB4!!!!
WILL NOTIFY:

| TYPE | LOC | QTY | SKU | | DESCRIPTION | UNIT RETAIL | EXTENDED RETAIL |
|---|---|---|---|---|---|---|---|
| | | 1 | 5-4502-1031 | UNV 605-290/16C | KG RICE BD | 899.00 | 899.00 |
| OA | 08 | 1 | 0-4502-1270 | UNV 605-290 CHADWICK | KG RICE BD | | |
| OA | 08 | 1 | 0-4508-1061 | UNV 605-16Z CHADWICK | 6/6 RAILS | | |
| | | 1 | 5-4501-1008 | UNV 605-040/04M | DRES/MIRR | 699.00 | 699.00 |
| OA | 08 | 1 | 0-4501-1031 | UNV 605-040 CHADWICK | TRP DRESSR | | |
| WD | 08 | 1 | 0-4502-1208 | UNV 605-04M CHADWICK | VERT MIRR | | |
| WD | 08 | 1 | 0-5004-0425 | SEA 433036/EXTRORDINAI | 6/6 MATT | 349.00 | 349.00 |
| WD | 08 | 2 | 0-5004-0426 | SEA 433036/EXTRORDINAI | 6/6 BOX SP | 150.00 | 300.00 |
| | | | 8-0001-0001 | DELIVERY CHARGE | | | 35.00 |

**FOR CHARGE SALES ONLY**

| | | | |
|---|---|---|---|
| TOTAL CHARGE SALE: | 2,396.10 | 44  5.000 % | |
| 69441 TOTAL DOWN PAYMENT: | 247.00 | | |
| ADDED TO ACCOUNT: | 2,149.10 | | |

| SUB TOTAL: | 2,282.00 |
|---|---|
| SALES TAX: | 114.10 |
| **TOTAL SALE:** | 2,396.10 |

AGREED MINIMUM MONTHLY PAYMENTS OF  2,149.10
ARE DUE WITHIN 25 DAYS OF THE DATE OF EACH MONTHLY
STATEMENT.

If more than one party executes this sales invoice as "Buyer", then both parties shall be jointly and severally obligated hereunder and as provided in the Revolving Charge Agreement between either of Buyers and Seller even though only one of such parties may be a party to such Revolving Charge Agreement.

I acknowledge that I have purchased the property and services listed above from Haverty Furniture Companies, Inc. ("Seller"), at the price set forth above and for cash or on terms set forth on my Revolving Charge Agreement with Seller. I agree that Seller shall retain a security interest in the property listed above as set forth in my Revolving Charge Agreement. Acceptance of this sales invoice by Seller is subject to Seller's confirmation and approval of Buyer's credit.

I acknowledge receipt of a completed copy of this sales invoice.

SIGNED, SEALED AND
DELIVERED IN THE
PRESENCE OF

_____ (SEAL)
BUYER

_____ (SEAL)
BUYER

WITNESS

FORM 11-1

| PAYMENT INFORMATION | |
|---|---|
| CHECK | 247.00 |

| AMOUNT TENDERED: | 247.00 |
|---|---|
| CHANGE: | .00 |
| **NET PAID:** | 247.00 |

0719

FOR CUSTOMER SERVICE CALL 454-3480
FOR DELIVERY INFORMATION CALL 454-3388

* NON-TAXABLE ITEM

CUSTOMER COPY

| DATE | START | SENDER | RX TIME | PAGES | No |
|------|-------|--------|---------|-------|-----|
| OCT-24 | 13:07 | 4047933776 | 1'50" | 2 | OK |

*****************************************************

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OCT-24-94 MON 13:12 FURNITURE DOCTOR INC    404 7933776    P.01



# Furniture  Doctor
## Complete Line of Refinishing & Restoration Supplies

FACSIMILE MESSAGE

TO: _Samuel Clemmons_

FROM: _Bruce Smith_

NO. OF PAGES: _____4_____
(including this cover sheet)

If all pages have not been transmitted,
please contact us immediately.

Our fax number is (706)  793-3776

Our phone number is (706)  793-0716

**Furniture Doctor, Inc.**

3348 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793-0716
FAX:   (706) 793-3776

DATE _3 - 16 - 94_

#320

CUSTOMER: _7th Clemmons_
_625 Pleasant Home Rd_
_In the Pines A-t 354_

_Fort Gordon_

_869-0581_                    _Page 1_

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Shop | Schrunk | China section bow frame mount | |
| | | loosened apart; frame top mold | |
| | | 12 ct section front molding broken, | |
| | | base section busted apart; drawer | |
| | | broken out; shelf mounts & shelf | |
| | | hardware gone; keys & locks | |
| | | missing; Repair & Tune; | |
| | | Replace dowels & make parts, | (500.) |
| | | & pan and touchup | 775. |
| Shop | | Polish paint molding & Repair | 40. |
| | Pool Table | Frame hardware missing | |
| | | Estimate cost to repair hardware | 30. |
| | Canon Redwood | Unit cracked several places | |
| | Unit | | |
| | | Hardware | |

## Furniture Doctor, Inc.

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793-0716
FAX: (706) 793-3776

DATE _3 - 16  94_

CUSTOMER: _Clemmons_          _F6_

_Page 2_

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Dresser | Mirror broken; mount plastic to | |
| | | mount; E.L, Replace | 50." |
| | | Top frame gauged out, discolored, | |
| | | base frame broken loose, gauged | |
| | | scratched; Repair | 225" |
| | Desk | Left corner broken out, rubbed | |
| | | chipped, scratched; Repair | 185." |
| | Tv Stand | Top crushed in; Not Repairable | |
| | | (R + 120°) | N/A |
| | Chest | Top gauged, front scratched; | |
| | | Repair; Removed to metal | 250 = |
| | | | |
| | | Est. + Tax | 35." |
| | | | |
| | | | |
| | | | |

TOTAL

☐ APPRAISAL
☐ ESTIMATE

# FURNITURE DOCTOR, INC.
### Refinishing and Refinishing Supplies
### 3345 PEACH ORCHARD RD. (Hwy. 25)   AUGUSTA, GA 30906
### (706) 793-0716 • FAX (706) 793-3776

| Customer's Order No. | 320 | Date | 6 - 13 | 19 94 |
|---|---|---|---|---|

Name  _Mr. Clemmons_

Address  _625 Plessent Home Rd._

_In The Pine Apt 254_

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | # 869-0581 |

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Schrunk: Repaired as Est. and Repaired | 775 | 3 |
| | Mirror frame - Repaired | 80 | 2 |
| | | | |
| | | | |
| | | | |
| | | | |

All claims and returned goods MUST be accompanied by this bill. A service charge of 1½% per month will be charged on all invoices c/er 30 days.

| | | TAX | |
|---|---|---|---|
| 45360 | Received By | TOTAL | |

FOLVILLE PRINTING COMPANY   HEPHZIBAH GA 30815   19962-AL

(13)

February 24, 2000

P. O. Box 105518
Atlanta, GA 30348





000164606-19938 134   19
Samuel Lennious Clemmons Jr
1533 Raymond Rd Apt 79
Jackson MS 39204-4268

Dear Samuel Lennious Clemmons Jr:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.
Equifax contacted each source directly and our investigation is now completed.  Enclosed is an updated copy of
your credit file.

*Results of Your Investigation*  (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

*We have reviewed the inquiry information.  The results are:*

Department of Justice
1405 I St NW
Washington, DC 20005-2204

A REVISED COPY OF YOUR CREDIT FILE HAS BEEN SENT TO THIS CREDIT GRANTOR.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256





**EQUIFAX**

Please address future correspondence to:

Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

# CREDIT FILE - Confirmation Number: 005215766

When calling for assistance, please have a copy of this file for reference.

## Personal Identification Information

February 24, 2000

Samuel Lennious Clemmons Jr
1533 Raymond Rd Apt 79
Jackson, MS  39204

Social Security #:  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
Date of Birth: June 4, 1965

Previous Address(es):
3933 N Clarendon Av Apt 305, Chicago, IL  60613
7533 S Peoria St, Chicago, IL  60620

Last Reported Employment:   Keep The KIDS Busy Fndt
Previous Employment(s):     Self Employed
                            Natl Action Finance Service

**Fraud Victim**
**File blocked for promotional purposes**

## Credit Account Information (For your security, the last 4 digits of your account number(s) have been replaced by *)

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| \merican Express | 372152132* | I | 05/91 | 14 | 08/92 | $0 | | $0 | | 01 | 08/92 |
| Bank of America | 204907001212* | I | 02/91 | 44 | 08/93 | | | $0 | | R | 10/94 |
| Bank of America UNSECURED | 1001540014* | I | 02/92 | 5 | 04/94 | $3042 | 98 | $0 | | I1 | 05/94 |
| Bank of America AUTO | 1001200012* | I | 01/91 | 9 | 08/93 | $13309 | 48M | $0 | | I1 | 09/93 |
| Citibank Na Studen STUDENT LOAN | 4270866* | I | 09/99 | 3 | 01/00 | $17563 | 120 | $17827 | | I1 | 01/00 |
| Citibank Na Studen REFINANCED STUDENT LOAN | 4270866* | I | 09/97 | 27 | 08/99 | $4500 | 56 | $0 | | I1 | 01/00 |
| Citibank Na Studen REFINANCED STUDENT LOAN | 4270866* | I | 11/93 | | 12/96 | $10648 | 128 | $0 | | I0 | 01/00 |
| Citibank Na Studen PAID ACCOUNT/ZERO BALANCE STUDENT LOAN | 4270866* | I | 07/87 | 38 | 10/93 | $2485 | 50 | $0 | | | 10/99 |
| Citifinancial CLOSED ACCOUNT | 607242133033* | I | 07/90 | 24 | 08/92 | $4234 | 175 | $0 | | I1 | 08/92 |
| Discover Financial CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 601100637003* | I | 01/88 | 93 | 12/99 | $5500 | 116 | $5542 | | R1 | 01/00 |
| First USA Bank | 441712256790* | I | 06/94 | 32 | 06/99 | | 73 | $0 | | R1 | 10/99 |

Previous Payment History:  1 Time 30 days late; 3 Times 60 days late
Previous Status: 09/97 - R3; 08/97 - R2
ACCOUNT CLOSED BY CONSUMER

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First USA Bank | 441712256739* | | 06/94 | | 07/94 | Lost or stolen card | | | | | 08/96 |







# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

August 23, 2004

Sam L. Clemmons
P.O. Box 28558
Atlanta, GA 30358

**RE: Leasecomm Corporation**

Dear Clemmons:

We are in receipt of your complaint against Leasecomm Corporation. Thank you for bringing your experiences to our attention.

Leasecomm has recently entered into settlement agreements with the Attorneys General of the States of Massachusetts, Florida, Illinois, Texas, North Dakota, North Carolina, Kansas, the Federal Trade Commission, and the District Attorney of Ventura County, California.

The settlements require that Leasecomm make certain changes in its financing contracts and debt collection practices. Enclosed please find specific information about the settlement terms between Leasecomm and the above government entities.

For further information about the settlements with Leasecomm, please visit the following websites:

Federal Trade Commission - www.ftc.gov
Massachusetts Attorney General's Office - www.ago.state.ma.us.
Florida Attorney General's Office - www.myfloridalegal.com/consumer

Sincerely,

Tiffany Bennett
Consumer Complaint and
Information Section

CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA/PRIVACY ACT
DATE STAMP: 12/08/05

59 a

# KEARNEY & ASSOCIATES

800 Hingham Street, Suite 201S
Rockland, MA  02370
Telephone (781) 871-4333
Fax (781) 871-5228
E-Mail:  rkearney@stormforge.net

Richard W. Kearney
—

*Of Counsel*
Gaetano J. DeLuca
Donald E. Mahoney
Alonzo D. Saunders

June 22, 2004

Mr. S. L. Clemmons
P. O. Box 28558
Atlanta, Ga 30358

RE:     Leasecomm
        Our File No. 738-1

Dear Mr. Clemmons:

As discussed, your dealings with Leasecomm was not simply a business transaction. You and many others have fallen victim to a criminal enterprise. The Federal Trade Commission is aware of their unlawful behavior, as is the Attorney General of the Commonwealth of Massachusetts. You can get some idea of the scope of evil if you simply input "Leasecomm" on your favorite search engine. Google will give you "results 1-10 of 2,160".

We recommend a filing with the Attorney General here, and with the Federal Trade Commission. As to your credit situation, I think the reporting companies should be informed by you as soon as possible.

Leasecomm has allegedly settled; the settlements also involved default judgments against customers. We can follow up with the Attorney General here.

Enclosed please find information about the settlements. After you have reviewed, please let us now how you wish to proceed.

Very truly yours,

Alonzo D. Saunders

ADS/jbb
Encls.

Cc:     R. W. Kearney, Esquire

(54b)

UNITED STATES OF AMERICA
# FEDERAL TRADE COMMISSION
NORTHWEST REGION



915 Second Ave., Suite 2896
Seattle, Washington 98174
(206) 220-6350
FAX: (206) 220-6366

October 8, 2004

**To consumers or their attorneys who have submitted complaints against NorVergence, Inc. or finance companies who hold NorVergence rental agreements**

Thank you for forwarding your complaint regarding the above companies. Please accept our apologies for any delay in acknowledging this complaint.

Please be assured we are reviewing all the complaints we have received against NorVergence and the finance companies. Based on complaints like yours, the FTC determines whether to investigate or take formal action. FTC investigations are non-public so we cannot state whether we are conducting an investigation at this time. If the FTC files suit, the action then becomes public.

Please understand that regardless of whether the FTC takes action, we cannot represent you personally. We encourage you to consult with your own attorney regarding your response to the above companies.

Yours truly,

Northwest Region
Federal Trade Commission



**Kearney & Associates**
800 Hingham St. Suite 201S
Rockland, MA 02370

**Submitted to:** Samuel L. Clemmons
P. O. Box 28558
Atlanta, GA  30358

**Invoice Number:** 16930
**Invoice Date:** 9/7/2004

## Costs/Disbursements

|  |  | **Amount** |
|---|---|---:|
| 8/1/04-<br>8/31/04 | Copy charges | 0.60 |
|  | TOTAL COSTS | $0.60 |
|  | Previous balance | $444.20 |
|  | **New Balance (please pay this amount)** | **$444.80** |

Please make check payable to Kearney & Associates



**Kearney & Associates**
800 Hingham St. Suite 201S
Rockland, MA 02370

Submitted  to:  Samuel L. Clemmons
P. O. Box 28558
Atlanta, GA  30358

Invoice  Number:  17351
Invoice  Date:  11/1/2004

|  | **Amount** |
|---|---|
| | $444.80 |
| Previous balance | |
| | ($444.80) |
| Total payments | |
| | $0.00 |
| New  Balance  (please  pay  this  amount) | |

Please make check payable to Kearney & Associates

596

# CITY OF SCOTTSDALE

CASE NUMBER: 1:05CV02353

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA/PRIVACY ACT
DATE STAMP: 12/08/05





## POLICE OFFICER TESTING

We have immediate openings for Police Officer Lateral and Police Officer Trainee.  **_Our next test will be Tuesday, December 7th, 1999._** **_Registration is from 7:45 a.m. to 8:00 a.m._** Testing will begin promptly at 8:00 a.m. and finish at approximately 3:00 p.m.

The test will consist of a written and physical agility exercise.  Dress in comfortable clothing and gym shoes.  Bring photo identification, water and a snack or lunch.

The test will be held at the Scottsdale Community College track and field area located at 9000 E. Chaparral (N/W Corner of the College).

### PLEASE RSVP TO HUMAN RESOURCES (480-312-2491) BY DECEMBER 1, 1999.



OUT-OF-STATE CANDIDATES: PLEASE BRING PROFESSIONAL ATTIRE SHOULD YOU BE SELECTED TO INTERVIEW THE FOLLOWING DAY.

**HEALTH GUIDE**
**NEW LIFESAVING TECHNOLOGY**

# U.S. News
### & WORLD REPORT

MARCH 30, 1998

# The Real Cost of Raising Kids

## Would You Believe It's $1,455,581 Apiece?

**Plus:** Clinton vs. Wiley





# Appendix I



Drug Enforcement Administration

Washington, D.C. 20537

JUL 2 4 2002



The Honorable Ronnie Shows
United States House of Representatives
245 E. Capitol, Suite 222
Jackson, Mississippi  39201

Attn:  Bergie Jones

Dear Congressman Shows:

This is in response to your letter dated June 20, 2002, on behalf of your constituent, Mr. Samuel L. Clemmons, Jr., regarding his proper veterans credit for hiring for the position as a Special Agent with the Drug Enforcement Administration (DEA), as well as information regarding his application for employment as a Special Agent.

Mr. Clemmons' military service was given appropriate consideration at the point that his application was rated eligible for further processing.  Due to the wealth of highly qualified applicants, the competition for the position of Special Agent is extremely intense.  Each applicant is informed as they begin the applicant process, that he/she must successfully complete the process which includes a panel interview, medical examination, physical task test (PTT), psychological assessment, urinalysis drug screening, polygraph examination, full-field background investigation, and final hiring decision and remain among the most competitive applicants throughout the entire process before they can be approved for final hire consideration.

On March 28, 2002, a careful review of Mr. Clemmons' entire process was completed and a final hiring decision was made.  It was determined that Mr. Clemmons did not remain among the most competitive applicants.  Mr. Clemmons was informed, in writing, of this decision on April 4, 2002.

The Honorable Ronnie Shows

Page 2

Thank you for your interest in this matter.  If I can be of further assistance, please do not hesitate to contact my office.

Sincerely,

C. X Kasch
Deputy Assistant Administrator
Office of Personnel