**v.** ) **Civil Action No. 1:05-CV-02353 (RCL)**