**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of May, 2006 a copy of the foregoing Response to 2d has been served by Courier mail; postage prepaid, return receipt requested to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

                                                    _____/s_____
                                                  KEVIN K. ROBITAILLE
                                                  Special Assistant U.S. Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  202-353-9895  / FAX 202-514-8780