**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) CIVIL ACTION | CASE NUMBER: 1:05CV02353 |
| PLAINTIFF PRO SE | ) | JUDGE: ROYCE C. LAMBERTH |
| | ) | DECK TYPE: FOIA/PRIVACY ACT |
| | ) | DATE STAMP: 12/08/05 |
| V | ) May 23, 2006 | |
| | ) | |
| U.S. ARMY CRIME RECORDS CENTER | ) | |
| DEFENDANT | ) | |

## PLAINTIFF'S RESPONSE REQUEST AGAINST THE DEFENDANT'S RESPONSE TO THE PLAINTIFF 2ND "ADDENDUM" TO BE ADDED TO THE RECORD

Comes Sam L. Clemmons, files this motion against the Defendant's requests wishing, claiming or pleading to the court not to accept the Plaintiff's Motions to issues Summary Judgement by Default and not to accept the Plaintiff's Motion to add the Addendum to the record.

The Plaintiff states before the court that all my motions have been consider replies against the Defendant's oppositions.

The Defendant and the Defendant's counsel have failed to provide accurate, correct or confirm facts before the court to justify their illegal records.

The Defendants have failed to produce legal but binding documents to support their opposition that a legal and proper investigation was conduct to justify their defense.

**RECEIVED**
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendants did provide the Plaintiff with false documents with important information blacken out. The Plaintiff replied back to the Defendants the same but provided the court with truthful documentation to support the Plaintiff's Motion request to issue a Summary Judgement by Default and to add the Addendum. Due to the Defendant failure to provide complete, correct and proper documents to support their defense, the Addendum Motions and entry should be accepted as part of the record.

The Addendum Motions requests were added to provide but support the court with legible but clearer documents for the record so that the court can have a clearer but better position when completing it's Summary Judgement by Default.

I rest that the court will review all the documents and rule accordingly, according to the Summary Judgement Standards.

As of this date, in filing this motion or response against the Defendant's request this case should be fully briefed.

Respectfully submitted:

_(signature)_
Sam L. Clemmons, Plaintiff Pro se
548 Saint Charles Place
Brookhaven, MS 39601

Sam L. Clemmons vs. Elite Modeling Agency, 1780 Peachtree Street, Atlanta GA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May 2006 a copy of the Plaintiff's response to the Defendant's response request has been served by regular first-class mail to the following:

**Court**

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

**Defendant' Counsel**

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**Witness to the Records**

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

May 25, 2006
Date

Sam L. Clemmons,
Plaintiff, Pro Se