# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| | ) | |
| Plaintiff | ) | <u>**1:05CV02353 (RCL)**</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **September 5, 2006** |
| U.S. ARMY CRIME RECORDS CENTER | ) | |
| | ) | |
| Defendant | ) | |

## <u>PLAINTIFF'S MOTION REQUEST FOLLOWING ORDER SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.</u>

Comes the Plaintiff file this entry before the court requesting the court to close stated case due to Defendants' Default after revealing and showcasing to the court fraud submission in their arguments before the court.

As of this date this request is submitted into the court nothing else is needed or should be added to overturn such requests entry by the Plaintiff.

The Plaintiff has attached such order requested to complete this motion request before this honorable court.

Please sign and return.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*

RECEIVED

SEP 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>6th day of September 2006</u>, a true copy of the **PLAINTIFF'S ORDER REQUEST** was served by regular mail concerning case # **1:05CV02353 (RCL)** to the following:

To: Defendant's Counsel

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

And

United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>6th day of September 2006</u>, a true copy of the **PLAINTIFF'S ORDER REQUEST** was served by regular mail concerning case # **1:05CV02353 (RCL)** to the following:

To:  Defendant's Counsel

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

And

United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| | ) | |
| Plaintiff | ) | <u>**1:05CV02353 (RCL)**</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **September 5, 2006** |
| U.S. ARMY CRIME RECORDS CENTER | ) | |
| | ) | |
| Defendant | ) | |

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion request for Summary Judgment after entering confirmed facts against the Defendant's Motion requests to Dismiss or for Summary Judgment in Part but not whole. The Plaintiff has demonstrated good cause shown by means of Exhibits and the Plaintiff's Exhibits does demonstrate FRAUD by the Defendants.

The Plaintiff's Motions request should be granted including the Plaintiff's Motion Requests to Subpoena Duces Tecum to bring this case matter before the court to a close.

I HEREBY ORDERED that the Defendant's Motion Request to Dismiss is DENIED. It is also ORDERED that the Defendant's last Motion requests to remove addendum from the record be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by Default is GRANTED.

SO ORDERED this _____ day of_____ 2006

_____
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Kevin K. Robitalille
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530