UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| ) | |
| Plaintiff ) | 1:05CV02353 (RCL) |
| ) | |
| vs. ) | |
| ) | |
| U.S. ARMY CRIME RECORDS CENTER, et ) | |
| al ) | |
| ) | |
| Defendant ) | |

**RECEIVED**
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S MOTION REQUEST FOLLOWING ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.**

Comes the Plaintiff file this entry before the court requesting the court to close stated case due to Defendants' Default after revealing and showcasing to the court fraud submissions and flaws in their arguments before the court.

As of this date this request is submitted into the court nothing else is needed or should be added to overturn such requests entry by the Plaintiff.

The Plaintiff has attached such orders requested to complete this motion request before this honorable court.

Please sign ORDERS and return.

Respectfully Submitted,

*/s/ Sam L. Clemmons*
Sam L. Clemmons,
Plaintiff, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>PLAINTIFF<br><br>vs.<br><br>U.S. ARMY CRIME RECORDS CENTER, et al<br><br>DEFENDANTS | CIVIL ACTION NO:<br><br>**1:05CV02353 (RCL)** |

### PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY JUSTIFYING ILLEGAL ACTIVITIES BY THE DEFENDANTS

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have an additional <u>30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b) and R. 45.

Respectfully submitted,

*/s/ Sam L. Clemmons*
Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

   Subpoena in A Civil Case Request
   Plaintiff's Interrogation Request
   Three Proposed Orders

**Copies to:**

To: **Defendant's Counsel**

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # 7005 0390 0002 2211 2561**

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 2037**

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ **Certified Mail # 7006 0100 0001 6544 2068**

Sam L. Clemmons v. United States Army Crime Records Center / U.S. Army CID, Case # **1:05CV02353 (RCL)**

## PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT

### DEFINITIONS

Plaintiff, Sam L. Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the Defendant, Army Crime Record Center (CID) and any of such information will be use for further court purpose.

As used herein, the terms listed below are defined as follow:

A. The terms, *"you"* and *"your,"* mean Army Crime Record Center (CID) and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Army Crime Record Center (CID).

B. The terms *"I,"*, *"me,"* *"my,"* Plaintiff and all persons, employees, officer, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

C. The term "Plaintiff," means Sam L. Clemmons all persons, employees, officers, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

D. The term "***Judge***" means an official with the authority and responsibility to preside in a court, try lawsuits and make legal rulings. Judges are almost always attorneys. In some states, "justices of the peace" may need only to pass a test and federal and state "administrative law judges" are often lawyer or non-lawyer hearing officers specializing in the subject matter upon which they are asked to rule. The word "court" often refers to the judge, as in the phrase "the court found the defendant at fault," or "may it please the court," when addressing the judge. The word "bench" also refers to the judge or judges in general. Judges on appeals courts are usually called "justices." Judges of courts established by a state at the county, district, city or township level,

gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E. The term "*conspiracy*," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and

conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F. The term "*client*," means accessory or partner in crime such as the Drug Enforcement Administration and The Department of the Army's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G. The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

H. The term "***character witnesses,***" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit

I. The term, "***communication***," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

J. The term, "***identity theft***" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

K. The term, "***identity fraud***" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

L. The term, "***deformation of character***" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful

conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

M. The term, "*discrimination*" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

N. The term "*prejudice*" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

O. The term "*frivolous*" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

P. The term "*ignorance*" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

Q. The term "*accessory*" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

R. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family.

Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

S. The term "*white collar criminals*" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

T. The term "*rights to pursuit of happiest*" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

U. The term "*Stay*" means a court-ordered short-term delay in judicial proceedings to give a losing defendant time to arrange for payment of the judgment or move out of the premises in an unlawful detained case in this case before the Court the Court has not granted the Defendant a stay in releasing the requested discovery through the Plaintiff's Admission, Interrogatories and requests production of all documents.

V. The term "*Discovery*" means the entire efforts of a party to a lawsuit and his/her/its attorneys to obtain information before trial through demands for production of documents, depositions of parties and potential witnesses, written interrogatories (questions and answers written under oath), written requests for admissions of fact,

examination of the scene and the petitions and motions employed to enforce discovery rights. The theory of broad rights of discovery is that all parties will go to trial with as much knowledge as possible and that neither party should be able to keep secrets from the other (except for constitutional protection against self-incrimination). Often much of the fight between the two sides in a suit takes place during the discovery period.

W. The term *"reciprocal discovery"* means the exchange of documents, lists of witnesses, and other information between the two sides of a lawsuit or criminal prosecution before trial.

X. The term *"Interrogatories"* means a set of written questions to a party to a lawsuit asked by the opposing party as part of the pre-trial discovery process. These questions must be answered in writing under oath or under penalty of perjury within a specified time (such as 30 days). Several states ask basic "form" interrogatories on a printed form, with an allowance for "supplemental" interrogatories specifically relevant to the lawsuit. Normal practice is for the lawyers to prepare the questions and for the answering party to have help from his/her/its attorney in understanding the meaning (sometimes hidden) of the questions and to avoid wording in his/her answers which could be interpreted against the party answering. Objections as to relevancy or clarity may be raised either at the time the interrogatories are answered or when they are used in trial. Most states limit the number of interrogatories that may be asked without the court's permission to keep the questions from being a means of oppression rather than a source of information. While useful in getting basic information, they are much easier to ask than answer. In addition the parties may request depositions (pre-trial questioning in front of a court reporter) or send "requests for admissions" which must

be answered in writing. See all lists in number form provided by the Plaintiff below given you (the Defendant) 30 calendar days before this Court to answer and response for pretrial purposes.

Y. The term "*jury trial*" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

Z. The term "*justice*" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

AA. The term "*de novo*" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

BB. The term "*Freedom of Information Act and Privacy Act*" means and states that such is an official law passed by the United States Congress and the Senate which set strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security

clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests.
2. Produce all appeals submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.
3. Produce all documents showing the date and time when the Plaintiff submitted his first Freedom of Information Act and Privacy Act request showing and displaying the address of the Plaintiff as being 548 Saint Charles Place, Brookhaven, MS 39601 prior to and before date of this lawsuit filed in the District of Columbia justifying legit means and ways in obtaining the Plaintiff's personal, private and confidential information.
4. Produce all appeal final outcome showing the month, date and time when such appeal became final.
5. Produce all referrals or communication sent to the Central Intelligence Agency, Federal Bureau of Investigation, State of Georgia, Sharron Evans, Drug Enforcement Administration, the Department of the Army, Defense Security Service Administration, Office of Personnel Management, Tonya Powell, Total Debt Management, Stein Mart Corporation, Mid-America Apartment Communities, etc. to validate all your statements in your late but untimely response causing such default actions against you so that you will show the court why such default actions should not be sustain and to justify your submission to this honorable court.

6. The exact time and date the communication was given and received.

7. The manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

8. The amount of time the Defendants appeared at such corporation or establishment.

9. All person present if the communication was oral.

10. Person(s) making the communication or part thereof, whether written or oral.

11. Person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

12. Place each person was when he gave or received the communication.

13. A detail statement of the contents of the communication.

14. The response(s) to the communication.

15. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution.

16. The duties, job title and term of time said position held as these apply to each person name above.

17. The results of the communication.

CC.    The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment

or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

DD.  The term, "*__identify__*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents.  Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

EE. The term, "*__identity__*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

FF. The term, "*__documents__*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of

form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

GG. The term "**_all documents_**" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1. The Army Crime Record Center (CID) issued fraudulent instructions to others concerning other illegal information in which others carried out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject or person rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns all base on the ground root and actions performed by you (the Defendant).

2. Provide this Court, Jury and Plaintiff with certified but true communication to who gave you the power of authority to perform an illegal investigation without the approval of authority of the Post Commander, U.S. Attorney Office to justify your statement on the record stating that if the Plaintiff was on Active Duty the

Plaintiff will be court marshal and given a dishonorable discharge. Provide facts to this communication.

3. Through the Plaintiff's investigation and obtaining other information from other investigation sources it has now been revealed that **Allen T. Downen** and **Larry Pearson** who are allegedly federal employees are supposedly to be such person or persons fully responsible for these illegal activities. The Plaintiff request through this submission to produce to this court under a sworn declaration under oath that such individuals are not responsible in these crimes of FRAUD, conspiracy, deformation of character, identity theft, identity fraud, stalking and other crimes, without producing certified but true copy of the investigation report showing these names of these individuals with their signatures to confirm and verified as well as for others who are too responsible for their actions in these crimes under the Freedom of Information Act and Privacy Act. According to the FOIA, the Defendant has exhausted their administrative remedies under the FOIA. This information is needed for other purposes within the Court.

4. By accepting such ORDER from whomever, information and instructions they were not in compliance with the normal operation and procedures when such person was never arrested or no orders calling upon or requested such person to be investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by

Sam L. Clemmons v. Army Crime Record Center (CID) Motion Request to Interrogate Defendants, Case Number

the Plaintiff for punitive damages in the amount of $ 15,000,000.00 (fifteen million dollars) after taxes.

5. You are the sole witness to committing a crime that others knew where not legally correct making you to be the root of a crime by not performing the correct but proper procedures or correcting and you by not performing the corrective procedures according to the law making you full liable for such crimes committed against the Plaintiff.

6. Said such funds or activities for your service were received by you in agreement to continue to perform such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities and provide to the Plaintiff, Court and Jury of all name individuals responsible or who play a major but key part in you performing these illegal activities.

7. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct.

8. Disclose the total amount of cases and total dollars amount you received from the doing this to others each year to justify you did not discriminate against the Plaintiff but performed the same illegal activities upon others.

9. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal activity was initiated and performed and reported to the U.S. Attorney General Office or the U.S. Attorney Office.

Sam L. Clemmons v. Army Crime Record Center (CID) Motion Request to Interrogate Defendants, Case Number

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Army Crime Record Center (CID), produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial of this matter.

3. Produce a list of all witnesses you are requesting to subpoena for trial in this case.

4. Produce all court documents granting you to stay in any discovery request to authorizing you not to release information requested by the Plaintiff is not necessary.

5. Produce all court documents honoring your request to dismiss this case or honoring your request for summary judgment in part but not whole deeming it as meritless within 10 days after filing your motion request for a partial judgment.

6. Produce any or all documents where you made a genuine effort in a statutory offer of settlement to resolve this case matter pending in this court prior to April 1st, 2007.