**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SAM L. CLEMMONS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-02353 (RCL) |
| | ) | |
| U.S. ARMY CRIME RECORDS CENTER | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that the defendant's motion [7] to dismiss in part and for summary judgment

in part is GRANTED; it is further

ORDERED that the plaintiff's motion [8] for summary judgment is DENIED; it is

further

ORDERED that the plaintiff's motion [11] request for subpoena duces tecum is

DENIED; and it is further

ORDERED that judgment is hereby entered for the defendant, and this case shall stand

DISMISSED WITH PREJUDICE.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.