UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

SAM L. CLEMMONS
Plaintiff

vs.

Civil Action No. 1:05CV02353 (RCL)

ARMY CRIME RECORDS CENTER, ET AL
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 30TH day of MARCH, 2007, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 30TH day of MARCH, 2007 in favor of DEFENDANT (ARMY CRIME RECORD CENTER) against said PLAINTIFF (SAM L CLEMMONS)

_[signature]_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

KEVIN K. ROBITAILLE
SPECIAL ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 21530

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT